**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, Room C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**  303-844-2527
 Judge

September 2, 2020

TO: Jeffrey Colwell, Clerk

FROM: Judge Babcock     s/LTB

RE: Civil Action No. 20-cv-02656
Bagwell et al v. Boston Scientific Corporation

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp