**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02656-LTB

KATRINA BAGWELL and LUKE BAGWELL,

    Plaintiffs,

v.

 BOSTON SCIENTIFIC CORPORATION,

    Defendant.

**NOTICE OF ENTRY OF APPEARANCE OF DANIEL J. THORNBURGH**

PLEASE TAKE NOTICE that Daniel J. Thornburgh, of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, hereby certifies that he is a member in good standing of the bar of this court, and he appears in this case as counsel for Plaintiffs Katrina and Luke Bagwell. All future pleadings, notices, and other matters in this action should be directed to him at the address indicated below.

Dated: September 23, 2020

                                              */s/ Daniel J. Thornburgh*
                                              Daniel J. Thornburgh, FL Bar No. 42661
                                              Aylstock, Witkin, Kreis & Overholtz, PLLC
                                              17 E. Main Street, Suite 200
                                              Pensacola, FL 32502
                                              T: 850-202-1010
                                              F: 850-916-7449
                                              dthornburgh@awkolaw.com

                                              *Attorney for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2020, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

*/s/ Daniel J. Thornburgh*
Daniel J. Thornburgh