IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

Civil Action: 20-cv-02656-RM-SKC            Date: October 21, 2020
Courtroom Deputy: Amanda Montoya            FTR – Reporter Deck-Courtroom C-201*

| *Parties:* | *Counsel:* |
|---|---|
| KATRINA L. BAGWELL, et al., | Daniel Thornburgh |
|  | Joseph Zonies |
| Plaintiff, |  |
| v. |  |
| BOSTON SCIENTIFIC CORPORATION, | Hannah Carter |
|  | Heather Perkins |
| Defendant. |  |

## COURTROOM MINUTES

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 9:58 a.m.**
Court calls case.  Appearances of counsel.

Judge Moore intends to deny without prejudice the pending motion for summary judgment to be refiled according to his practice standards.

**ORDERED:**   The refiled motion for summary judgment shall be filed no later than **November 6, 2020.**  A response shall be filed by **November 20, 2020** and a reply shall be filed by **December 3, 2020.**

The deposition of the implanting surgeon shall be completed no later than **December 31, 2020.**

**TELEPHONE FINAL PRETRIAL CONFERENCE** is set for **February 11, 2021 at 11:00 a.m.**  Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**  (See the court's website for Instructions for Preparation and Submission)
Counsel participating in the conference shall jointly call the Court (303.335.2124) at the scheduled time.

HEARING CONCLUDED.

**Court in recess: 10:07 a.m.**
Total time in court: 00:09

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.