# EXHIBIT 1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

#### CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC          MDL No. 2326
CORP. PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO

Civil Action No.: __2:13-cv-24772__       **Katrina Bagwell__**
                                    **Name of Plaintiff**



#### PLAINTIFF FACT SHEET

Each plaintiff who allegedly suffered injury as a result of a pelvic mesh product manufactured or sold by Boston Scientific Corp. must complete this Plaintiff Fact Sheet. In completing this Fact Sheet, you are under oath and must answer every question and provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and then state that your answer is incomplete and explain why as appropriate. If you select an "I Don't Know" answer, please state all that you do know about that subject. If any information you need to complete any part of the Fact Sheet is in the possession of your attorney, please consult with your attorney so that you can fully and accurately respond to the questions set out below. If you are completing the Fact Sheet for someone who cannot complete the Fact sheet herself, please answer as completely as you can.

The Fact Sheet shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order. A completed Fact Sheet shall be considered interrogatory answers pursuant to Fed. R. Civ. P. 33 and 34 and will be governed by the standards applicable to written discovery under Fed. R. Civ. P. 26 through 37. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect. The questions and requests for production contained in the Fact Sheet are non-objectionable and shall be answered without objection. This Fact Sheet shall not preclude Defendants from seeking additional documents and information on a reasonable, case-by-case basis pursuant to the Federal Rules of Civil Procedure and as permitted by the applicable Case Management Order.

In filling out this form, please use the following definition: "healthcare provider" means any doctor, physician, surgeon, pharmacist, hospital, clinic, center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical care or advice, and any pharmacy, x-ray department, radiology department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, chiropractor, or other persons or entities involved in the diagnosis, care and/or treatment of you.

In filling out this form, the terms "You" or "Your" refer to the person who received pelvic mesh product(s) manufactured or sold by Boston Scientific Corp. and who is identified in Question I.1 (a) below.

To the extent that the form does not provide enough space to complete your responses or answers, please attach additional sheets as necessary.

## I. BACKGROUND INFORMATION

1) Please state:

   a.  Full name of the person who received the pelvic mesh product(s), including maiden name:
       Katrina Louise Bagwell (Romero – Maiden)

   b.  Full name of the person completing this form, if different from the person listed in 1 (a) above, and the relationship of the person completing this form to the person listed in 1 (a) above:     Katrina Louise Bagwell

   c.  The name and address of your primary attorney: Aylstock, Witkin, Kreis & Overholtz, 17 East Main Street, Suite 200, Pensacola, FL 32502

2) Your Social Security Number: ████████

3) Your date of birth: ██████

4) Your current residence address: ████████████

   If you have lived at this address for less than 10 years, provide each of your prior residence addresses from 2000 to the present:

| Prior Address | Dates You Lived At This Address |
|---|---|
| 9365 West Kentucky Avenue, Lakewood, CO 80223 | 2010-2013 |
| Lakeview Towers at Belmar Apartments, 679 S. Reed Court, Lakewood, CO 80226 – do not recall apt number. | 2007-2010 |
| 117 Herring Way, Kissimmee, FL 34759 | 2004-2007 |
| 9365 West Dakota Avenue, Lakewood, CO 80226 | 2000-2004 |

5)   Have you ever been married?  **Yes  _X_  No ___**

If yes, provide the names and addresses of each spouse and the inclusive dates of your marriage to each person.

Luke Bagwell, 111 Bandit Lane, Pensacola, FL 32502 – 2007 - present
Rayle Rael, do not know address he is living in Denver, CO – 1987 - 2003

6)   Do you have children?  **Yes _X_  No ___**

**If Yes**, please provide the following information with respect to each child:

| Full Name of Child | Date of Birth | Home Address (if different from yours) | Whether Biological/Adopted |
|---|---|---|---|
| ███████ | ███████ | ███████ | ███████ |
| ███████ | ███████ | ███████ | ███████ |
| ███████ | ███████ | ███████ | ███████ |
| ███████ | ███████ | ███████ | ███████ |
| ███████ | ███████ | ███████ | ███████ |

7)   Identify the name and age of any person who currently resides with you and their relationship to you:

Katrina Bagwell – 49; Luke Bagwell – 37 – husband; ████████████

8)   Identify all secondary and post-secondary schools you attended, starting with high school and please provide the following information with respect to each:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major or Primary Field |
|---|---|---|---|---|
| Skyline High School | 600 E. Mountain View Avenue, Longmont, CO 80504 | 1984-1987 | Graduated | n/a |
| MiraCosta College | 1 Barnard Drive, Oceanside, CA092056 | 1989 | Certified Nursing Assistant | Major |
| Red Rocks Community | 16950 W. Colfax | Approximately | Certified | Major |

| College | Avenue, Golden, CO 80401 | 2002 | Nursing Assistant | |
|---------|--------------------------|------|-------------------|--|
| | | | | |

9) Please provide the following information for your employment history over the past 10 years up until the present:

| Employer Name | Addresses | Job Title/ Description of Duties | Dates of Employment | Salary/Rate of Pay |
|---------------|-----------|--------------------------------|---------------------|--------------------|
| Lutheran Medical Center | 8300 W. 38th Avenue, Wheat Ridge, CO 80033 | CNA | 2007-2014 | $25/hour |
| Walt Disney World | 6000 Universal Blvd., Orlando, FL 32830 | Service Representative | 2005-2007 | Approx. $8/hour |
| | | | | |
| | | | | |
| | | | | |

10) Have you ever served in any branch of the military? **Yes** ___ **No** __X__

    **If Yes**, please provide the following information:

    a. Branch and dates of service, rank upon discharge and the type of discharge you received: _____N/A_____ _____

    b. Were you discharged from the military at any time for any reason relating to your medical, physical, or psychiatric condition? **Yes** ___ **No** ___

    **If Yes**, state what that condition was: _____N/A_____

11) Within the last ten years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? **Yes** ___ **No** __X__

4

**If Yes**, please set forth where, when and the felony and/or crime:
_____ N/A _____
_____

## II. **CLAIM INFORMATION**

1) Please complete the following chart for each implanted Boston Scientific Corp. pelvic mesh product. Insert additional lines as necessary.

| Pelvic Mesh Product and lot number (if sticker affixed, so indicate) | Date and Location of Implant | Reason for Implant | Implanting Doctor and Address |
|---|---|---|---|
| Product No. 1: Solyx SIS System Lot #LOG6326 Ref. # 850-700 | 11/18/2009 | Stress urinary incontinence | Dr. Cheryl L. Cowles 3555 Lutheran Pkwy., Suite 210, Wheat Ridge, CO 80033 |
| | | | |

2) For each pelvic mesh product identified above, describe your understanding of the medical condition for which you received the pelvic mesh product(s): _____
_____ Stress urinary incontinence _____
_____

3) For each Boston Scientific Corp. pelvic mesh product identified above, indicate if, prior to implantation, you received any written and/or verbal information or instructions, including any risks or complications that might be associated with the use of the product(s)? **Yes _X_  No ___  Don't Know ___**

**If Yes:**

a. Provide the date you received the written and/or verbal information or instructions:
I was given a Boston Scientific Brochure concerning the procedure sometime in 2008. _____

b. Identify by name and address the person(s) who provided the information or instructions: _Dr. Cheryl Cowles, 3555 Lutheran Parkway, Suite 210, Wheat Ridge, CO 80033 _____

c. What information or instructions did you receive? Information regarding the procedure and the benefits of the procedure. The Boston Scientific Brochure made me feel comfortable about the procedure, that it was safe. _____

5

d. If you have copies of the written information or instructions you received, please attach copies to your response.

4) For each Boston Scientific Corp. pelvic mesh product(s) that remains implanted in you:

a. Has any doctor recommended removal of the pelvic mesh product(s)?
Yes **X** No ___

**If Yes,** Identify by name and address the doctor who recommended removal and state your understanding of why the doctor recommended removal:

Dr. Brian Flynn, 12605 16th Avenue, Aurora, CO

5) Have any of the Boston Scientific Corp., pelvic mesh product(s) been removed, in whole or in part?
Yes **X** No ___ **Don't Know** ___

**If Yes, for each pelvic mesh product removed provide:**

a. On what date, where and by whom (doctor) was the pelvic mesh product(s), or any portion of it, removed? 4/10/2014 & 9/18/2014 at University of Colorado by Dr. Brian J. Flynn. I still have mesh and an anchor inside of me, my doctor did not recommend removing this as he would not perform the surgery on his own family, it would be too dangerous and high risk.

b. Explain why you consented to have the pelvic mesh product(s), or any portion of it, removed? Per my doctor's recommendation, I consented to a removal/revision procedure in hopes of alleviating some of my pelvic floor pain, vaginal pain, painful intercourse, and inability to urinate, frequency of urgency, urgency, weakness, fatigue, inability to sit or squat without pain, hop, skip, jump or run, inability to lift more than 25 lbs, and numbness down my right leg and I am still suffering with all of these conditions.

c. Does any medical treater, physician or anybody else on your behalf have possession of any portion of the pelvic mesh product® that was previously implanted in you and removed? **Yes X** No ___ **Don't Know** ___

**If Yes,** please state name and address of the person or entity having possession of same. Steelgate, Inc., 2307 58th Avenue East, Bradenton, FL 34203

6) Do you claim that you suffered bodily injuries as a result of the implantation of any Boston Scientific Corp., pelvic mesh product(s)? **Yes X** No ___

**If Yes:**

a. Describe the bodily injuries, including any emotional of psychological injuries, that you claim resulted from the implantation of the pelvic mesh product(s).
I suffered tremendously after being implanted with the mesh. My suffering has included pain, infection, urinary problems – retention, bleeding, painful

6

intercourse, pelvic floor physical therapy, weakness, fatigue, unable to sit for long periods of time, vaginal pain for which I receive injections, inability to lift more than 25 lbs. and numbness down my right leg, muscle spasms, cramping, stiffness, swelling approximately 2009. In addition to my physical pain and discomfort which I continue to suffer, I also have suffered psychologically and emotionally, including but not limited to; my normal sex life for which I need to insert a valium prior to the act, diminished relationships with my family and friends and social circles and church because of my inability to sit for long periods, I would have to stand due to the complications from the mesh.

b. When is the first time you experienced symptoms of any of the bodily injuries you claim in your lawsuit to have resulted from the pelvic mesh product(s)?
I recall the implant surgery on 11/18/2009, and recall experiencing some initial post-surgery discomfort. I also recall, my pain became so severe that I went to the Emergency room on 11/25/2009 because of abdominal pain, inability to lift more than 25 lbs. 12/2009 and numbness down my right leg 11/2009, urinary urgency, frequency and retention, although I did not believe the mesh was causing a problem but my body adjusting to the surgery. I was told to self-cath at home, I also recall on 12/29/2009 post op exam, my vaginal tenderness was excruciating on exam.

c. When did you first attribute these bodily injuries to the pelvic mesh product(s)?
I recall approximately 2011 or 2012 my surgeon told me that the sling may be too tight and it may take a few years to just wait and relax, so I didn't think the product was causing my problems but instead my problems were specific to my body accepting the sling.

d. To the best of your knowledge and recollection, please state approximately when you first saw a health care provider for each of those bodily injuries you claim to have experienced relating to the pelvic mesh product(s):
urinary retention approximately 11/2009, vaginal pain approximately 12/2009, dyspareunia and husband can feel "something" approximately 1/2010, inability to sit or squat without pain approximately 1/2010, frequency, pain and burning with urination approximately 8/2010, injections for vaginal pain approximately 2015, pelvic floor therapy approximately 2014, weakness and fatigue approximately 2010.

e. Are you currently experiencing symptoms related to your claimed bodily injuries?
Yes __X__ No ___

**If Yes**, please describe your current symptoms in detail

Current, I am suffering from pelvic floor pain, depression, painful intercourse, urinary tract infections, vaginal pain, depression, can't sit or squat without pain, can't run, skip or hop, or ride my bike, muscle spasms, my husband can feel

something abnormal during intercourse. _____

f.    Are you currently seeing, or have you ever seen a doctor or healthcare provider
      for each of the bodily injuries or symptoms listed above? **Yes __X__ No ___**

      **If Yes,** please list all doctors you have seen for treatment of any of the bodily
      injuries you have listed above.

| **Provider Name and Address** | **Condition Treated** | **Approximate Dates of Treatment** |
|---|---|---|
| Dr. Richard Brundige, PCP 8015 W. Alameda Avenue, Suite 50, Lakewood, CO 80226 | Urinary tract infections | 2008-2011 |
| Dr. Julie Cohen, Kaiser Permanente, 8383 W. Alameda Avenue, Lakewood, CO 80226 | Pelvic floor pain, retention, dyspareunia, depression, urinary tract infections | 2011-2013 |
| Dr. Cheryl Cowles, Westside Women's Care, 3555 N. Lutheran Parkway, Suite 210, Wheat Ridge, CO 80033 | Urinary retention, urinary tract infections, pelvic floor pain, dyspareunia | 2008-2013 |
| Kaiser Permanente Urology 2045 Franklin Street, Denver, CO 80205 | Urinary retention, dyspareunia, husband felt the mesh, could not sit, bend, squat, kneel due to pain | 2010-2013 |
| Random ER doctors Lutheran Medical Center 8300 W. 38th Avenue, Wheat Ridge, CO 80033 | Urinary retention, urinary tract infections | 2009-2014 |
| Evergreen Physical Therapy 30940 Stagecoach Blvd, E110, Evergreen, CO 80439 | Pelvic Floor Physical Therapy | 2014-present |
| Christie Bibeau, PhD, Conifer Psychological Services, 9767 Rhodus Street, Suite A, Conifer, CO 80433 | Depression | 2014-present |
| Dr. Nel Gerig, The Pelvic Solutions Center, 1601 East 19th Avenue, Suite 5500, Denver, CO 80218 | Pain management, pelvic floor pain | 2014-present |
| Confier Medical Center | Urinary retention, bladder | 2013-2014 |

| Family Practice, 26659 Pleasant Park Road, Conifer, co 80433 | issues, pelvic pain, dyspareunia | |

    g.    Were you hospitalized at any time for the bodily injuries you listed above?
            **Yes __X__ No ___**

            **If Yes**, please provide the following:

| Hospital Name and Address | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
| Lutheran Medical Center 8300 W. 38th Avenue, Wheat Ridge, CO 80033 | Urinary urgency, frequency, pain, urinary tract infection and retention. | 11/25/2009 |
| University Hospital of Colorado,12605 E. 16th Avenue, Aurora, CO 80045 | Pieces of mesh removed, still have some inside of me along with an anchor. | 4/10/2014 & 9/18/2014 |

7)    Other than the Boston Scientific Corp. pelvic mesh product(s) that are the subject of your lawsuit, have you been implanted with any other pelvic mesh products?
     **Yes ___ No __X__**

     **If Yes**, please provide the following information:

        a.  Product Name(s): _____

        b.  Date of implantation procedure(s) and name and address of implanting doctor(s):
           _____

        c.  Condition(s) sought to be treated through placement of the device(s):
           _____

           _____

        d.  Whether the product(s) remain implanted inside of you today?
           **Yes ___ No ___**

8)    Are you making a claim for lost wages or lost earning capacity?

     **Yes __X__ No ___**

**If Yes**, state the annual gross income you derived from your employment for each year, beginning five years prior to the implantation of the pelvic mesh product(s) until the present:

2004 - $14,000: 2005 - $10,000: 2006 - $6,000: 2007 - $12,000: 2008 – $35,000: 2009 - $29,000: 2010 - $27,000: 2011 - $27,000: 2012 - $46,000: 2013 - $31,000: 2014 - $12,000. No income except disability during 2015-present. However, record collection is ongoing. Plaintiff has reserves the right to supplement as documentation is received.

9)   Are you making a claim for lost out-of-pocket expenses?

Yes **X**   No ___

**If Yes**, please identify and itemize all out-of-pocket expenses you have incurred:
Equipment purchased approximately $10,000: Gas for doctor's appointments, physical therapy appointments, emergency room and hospital approximately $2,800, approximately $32,000 for co pays, psychologist visit and physical therapy. However, record collection is ongoing. Plaintiff reserves the right to supplement as documentation is received.

10)   Has anyone filed a loss of consortium claim in connection with your lawsuit regarding the pelvic mesh product(s)?

Yes **X**   No ___

**If Yes,** identify by name and address the person who filed the loss of consortium claim, state the relationship of that person to you, and state the nature of the claim:

Luke Bagwell, Husband, 111 Bandit Lane, Bailey, CO 80421
Loss of companionship, intimacy and affection, impaired sexual relations and dramatic change of lifestyle.

11)   Please indicate whether the consortium plaintiff is alleging any of the claimed damages set forth below and itemize the alleged damages/expenses:

| Claims | Yes/No | Itemized Damages/Expenses |
|---|---|---|
| Loss of services of spouse | | **Not applicable** |
| Impaired sexual relations | | **Not applicable** |
| Lost wages/ lost earning capacity | **X** | **$ 35,000 per year for 2016, 2017 & 2018** |
| Lost out-of-pocket expenses | **X** | **$ 3,000** |
| Physical injuries | | **Not applicable** |
| Psychological Injuries/ Emotional Injuries | | **Not applicable** |
| Other | | **Not applicable** |

10

12)   Please list the name and address of any healthcare providers the consortium plaintiff has seen for treatment for any physical, emotional, or psychological injuries or symptoms alleged to be related to the loss of consortium claim.

_____N/A_____

_____

_____

_____

_____

13)   Have you or anyone acting on your behalf had any communication, oral or written, with any of the defendants or their representatives, other than your attorneys?

**Yes** ___ **No** _X_ **Don't Know** ___

**If Yes**, set forth the date of the communication, the method of communication, the name of the person with whom you communicated, and the substance of the communication between you and any defendants or their representatives:

_____

_____


### III.  MEDICAL BACKGROUND

1)   Provide your current age: __49__ Height __4'10.5"__ Weight __135 lbs.__

2)   At the time you received each pelvic mesh product(s), please state:

Your age ____40__ Your approximate weight _148____

3)   State number of vaginal births you have had? _____None_____

4)   State the number of cesarean section births you have had? _5_____

5)   In chronological order, list any and all surgeries, procedures, or hospitalizations you had in the 10 year period **BEFORE** implantation of the pelvic mesh product(s); identifying by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and providing the approximate date(s) for each.  Insert additional rows as necessary.

| Doctor or Healthcare Provider Involved (including address) | Description of Surgery Hospitalization | Approximate. Date |
|---|---|---|
| St. Joseph Hospital, 1375 E. 19th Avenue, Denver, CO 80219 – do not recall MD name | C-Section | 2/1/1999 |
| Florida Hospital Celebration Health, 400 Celebration Place, Celebration, FL 34747 – Dr. Jennifer Swoboda | C-Section | 5/14/2007 |

11

6)   In chronological order, list any and all surgeries, procedures, or hospitalizations you had **AFTER** the implantation of the pelvic mesh product(s); identifying by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and provide the approximate date(s) for each.   Insert additional rows as necessary.

| Doctor or Healthcare Provider Involved (including address) | Description of Surgery/ Hospitalization | Approximate Date |
|---|---|---|
| University of Colorado Health Center, 12605 E. 16th Avenue, Aurora, CO 80045 | Removal of mesh X2 | 4/10/2014 & 9/18/2014 |
| Simply Smiles, 275 S. Sheridan Blvd., Suite 114, Lakewood, CO 80226 | Dental Surgery | 8/16/2018 |
| | | |
| | | |

7)   To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital, or other health care provider from which you have received medical advice and/or treatment for the past **10 years**.   Insert additional rows as necessary.

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Troy G. Freedman, PA-C; Family Medicine | 32214 Ellingwood Trl. Ste 210 Evergreen, CO 80439 | 2015-Present |
| | | |

8)   Please describe your physical activities associated with daily living, physical fitness, household tasks, and employment-related activities *before* the implantation of each pelvic mesh product.

Before the mesh implant surgery, I participated in physical activities such as walking working out, household tasks, yard work, running errands and spending time with family and friends. I was able to attend after school activities with my children. I used to be able to go canoeing, riding my mountain bike, and family vacations and volunteering for hospice care.

9)    Please describe your physical activities associated with daily living, physical fitness, household tasks, and employment-related activities *after* the implantation of the pelvic mesh product(s).
After being implanted with mesh, I still try to participate in physical activity however, I have a harder time doing normal household chores such as cleaning, cooking, laundry and yard work. I have inability to complete tasks or running errands due to the constant pain and discomfort. Spending time with my family and friends is more difficult due to the pain. My sex life is painful and there are times when he hits that spot and we have to stop immediately, it also has effect on him when this happened, and be intimate due to the severe vaginal pain and cramping after intercourse, he helps me after intercourse to stretch the muscles by standing behind me he grabs my leg and pulls it to help me stretch the muscles and relieve the cramping. It is difficult to be as intimate as I once was. I can no longer be spontaneous due to having to insert a valium prior to intercourse.

10)   To the best of your knowledge, you have suffered from any of the following:

| Medical Condition | | Sought treatment for? | Indicate whether condition occurred pre-implant, post-implant or both (explain, if necessary) |
|---|---|---|---|
| Adhesions | Yes ___ No _X_ | Yes ___ No ___ | Pre ___ Post ___ |
| Bleeding or Clotting Disorders<br><br>If **Yes**, please specify disorder: | Yes X___ No ___ | Yes _X_ No ___ | Pre _X_ Post ___ |
| Bowel Obstruction | Yes ___ No _X_ | Yes ___ No ___ | Pre ___ Post ___ |
| Bowel Perforation | Yes ___ No _X_ | Yes ___ No ___ | Pre ___ Post ___ |
| Cancer<br><br>If **Yes**, please specify type: | Yes ___ No X___ | Yes ___ No ___ | Pre ___ Post ___ |
| Chronic Constipation | Yes ___ No _X_ | Yes ___ No ___ | Pre ___ Post ___ |
| Collagen Disorder/Deficiency | Yes ___ No _X_ | Yes ___ No ___ | Pre ___ Post ___ |

13

| | | | |
|---|---|---|---|
| Connective Tissue Disorder<br><br>If **Yes**, please specify disorder: | **Yes** ___<br>**No** _X_ | **Yes** ___<br>**No** ___ | **Pre** ___ **Post** ___ |
| Crohn's Disease, Irritable Bowel Syndrome, Ulcerative Colitis, or Chronic Diarrhea<br><br>If **Yes**, please specify which condition and treatment prescribed: | **Yes** ___<br>**No** _X_ | **Yes** ___<br>**No** ___ | **Pre** ___ **Post** ___ |
| Cystocele | **Yes** ___<br>**No** _X_ | **Yes** ___<br>**No** ___ | **Pre** ___ **Post** ___ |
| Diabetes | **Yes** ___<br>**No** _X_ | **Yes** ___<br>**No** ___ | **Pre** ___ **Post** ___ |
| Diverticulitis | **Yes** ___<br>**No** _X_ | **Yes** ___<br>**No** ___ | **Pre** ___ **Post** ___ |
| Dyspareunia | **Yes** _X_<br>**No** ___ | **Yes** _X_<br>**No** ___ | **Pre** ___ **Post** _X_ |
| Enterocele | **Yes** ___<br>**No** _X_ | **Yes** ___<br>**No** ___ | **Pre** ___ **Post** ___ |
| Fistulas | **Yes** ___<br>**No** _X_ | **Yes** ___<br>**No** ___ | **Pre** ___ **Post** ___ |
| Hernias | **Yes** ___<br>**No** _X_ | **Yes** ___<br>**No** ___ | **Pre** ___ **Post** ___ |
| Hypertension or High Blood Pressure | **Yes** _X_<br>**No** ___ | **Yes** _X_<br>**No** ___ | **Pre** ___ **Post** _X_ |
| Hypotension or Low Blood Pressure | **Yes** ___<br>**No** _X_ | **Yes** ___<br>**No** ___ | **Pre X** ___ **Post** ___ |
| Immune System Disease or Dysfunction including HIV/AIDS<br><br>If **Yes**, please specify condition: | **Yes** ___<br>**No** _X_ | **Yes** ___<br>**No** ___ | **Pre** ___ **Post** ___ |

| | | | |
|---|---|---|---|
| Malnutrition | Yes ___<br>No _X_ | Yes ___<br>No ___ | Pre ___ Post ___ |
| Muscle or Muscle-Wasting Disorder<br><br>If **Yes**, please specify disorder: | Yes ___<br>No _X_ | Yes ___<br>No ___ | Pre ___ Post ___ |
| Neuromuscular Disease or Disorder<br><br>If **Yes**, please specify disorder: | Yes ___<br>No X | Yes ___<br>No ___ | Pre ___ Post ___ |
| Obesity | Yes ___<br>No _X_ | Yes ___<br>No ___ | Pre ___ Post ___ |
| Pelvic Trauma<br><br>If **Yes**, please describe trauma: | Yes ___<br>No _X_ | Yes ___<br>No ___ | Pre ___ Post ___ |
| Pelvic Tumors or Fibroids | Yes X___<br>No ___ | Yes ___<br>No _X_ | Pre _X_ Post ___ |
| Peritonitis/Sepsis | Yes ___<br>No _X_ | Yes ___<br>No ___ | Pre ___ Post ___ |
| Rectocele | Yes ___<br>No _X_ | Yes ___<br>No ___ | Pre ___ Post ___ |
| Recurrent or Chronic Vaginal or Bladder Infections<br><br>If **Yes**, please specify location and nature of infections: | Yes _X_<br>No ___ | Yes _X_<br>No ___ | Pre ___ Post _X_ |
| Recurrent Vaginal Pain<br><br>If **Yes**, please describe the nature of pain experienced: | Yes _X_<br>No ___ | Yes _X_<br>No ___ | Pre ___ Post _X_ |
| Urinary Incontinence | Yes _X_<br>No ___ | Yes _X_<br>No ___ | Pre _X_ Post _X_ |

15

| Urinary Retention | Yes __X__<br>No ____ | Yes __X__<br>No ____ | Pre ____ Post __X__ |
| Uterine Prolapse | Yes ____<br>No __X__ | Yes ____<br>No ____ | Pre ____ Post ____ |
| Vaginal Vault Prolapse | Yes ____<br>No __X__ | Yes ____<br>No ____ | Pre ____ Post ____ |
| Wound Healing Problems<br><br>If **Yes**, please explain: | Yes ____<br>No __X__ | Yes ____<br>No ____ | Pre ____ Post ____ |
| Any other disease of the gut, intestines, or bowels<br><br>If **Yes**, please specify condition (s): | Yes ____<br>No __X__ | Yes ____<br>No ____ | Pre ____ Post ____ |

* * * * * * * * * * * * * * * *

**THE FOLLOWING QUESTIONS ARE CONFIDENTIAL AND SUBJECT TO THE PROTECTIVE ORDER APPLICABLE TO THIS CASE.**

a) **Were you diagnosed with and/or treated for Sexually Transmitted Diseases for the five-year period prior to the implantation of the pelvic mesh product(s) through the present?**

Yes ___ No _X_

**If Yes, specify the disease, date of onset, medication/treatment, treating physician and current status of condition:**

_____

_____

b) **Have you been diagnosed with and/or treated for any alcohol or chemical dependency for the one year prior to the implantation of the pelvic mesh product(s) through the present?**                                      Yes ___ No _X_

**If Yes, specify type and time period of dependency, type of treatment received, name of treatment provider, and current status of condition:**

_____

_____

c) **Have you experienced, been diagnosed with or been treated for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders in the 5 year period before implantation of the pelvic mesh product(s) through the present?**

Yes _X_ No ___

**If Yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:**
    _Depression – Christine Bibeau PhD – 2013-present – still having these issues_

_____

* * * * * * * * * * * * * * * *

17

11)   Have you experienced menopause?                                    Yes ___ No __X__

      **If Yes**, at what age did it begin? _____

12)   Have you undergone vaginal estrogen therapy, hormone therapy, or systemic estrogen
      replacement therapy (ERT)?                                         Yes _X_ No ___

      **If Yes**, please provide the type of therapy you received, date(s) of the therapy, and the
      name and address of the healthcare provider providing the therapy.
      Dr. Nel Gerig, 1601 East 19th Avenue, Suite 5500, Denver, CO 80218, Estradiol cream
      for my vaginal inflammation. _____

13)   Do you now or have you ever smoked tobacco products?               Yes ___ No __X__

      **If Yes**:

      a) How long have/did you smoke?
      _____N/A_____
      _____

14)   List each prescription medication you have taken **for more than 3 months at a time,
      within the last 5 years prior to implant to present,** giving the name and address of the
      pharmacy where you received/filled the medication, the reason you took the medication,
      and the approximate dates of use.

| Medication and Dosage | Pharmacy (Name and Address) |
| --- | --- |
| Gabapentin 1200 mg day | Kings Supers Pharmacy, 25637 Conifer Road, Conifer, CO 80433 |
| Cyclobenzaprine 5 mg | Kings Supers Pharmacy, 25637 Conifer Road, Conifer, CO 80433 |
| Hyoscyamine .125 mg | Kings Supers Pharmacy, 25637 Conifer Road, Conifer, CO 80433 |
| Oxybutynin 10 mg | Kings Supers Pharmacy, 25637 Conifer Road, Conifer, CO 80433 |
| Diazepam 10 mg | Kings Supers Pharmacy, 25637 Conifer Road, Conifer, CO 80433 |
| Estradiol Cream 1% | Kings Supers Pharmacy, 25637 Conifer Road, Conifer, CO 80433 |
| Percocet 5/325 mg | Kings Supers Pharmacy, |

18

| | 25637 Conifer Road, Conifer, CO 80433 |
|---|---|
| Xanax .25 mg | Kings Supers Pharmacy, 25637 Conifer Road, Conifer, CO 80433 |

## IV. **INSURANCE INFORMATION**

1) Provide the following information for any past or present medical insurance coverage within the last 10 years:

| Insurance Company (Name and Address) | Policy Number | Name of Policy Holder/Insured (if different than you) | Approx. Dates of Coverage |
|---|---|---|---|
| Cigna Health & Life Insurance, P.O. Box 182223, Chattanooga, TN 37422-7223 | U25551413 | Self | 2009-2011 |
| Kaiser Permanente, 3701 Broadman Canfield Road, Building B, Canfield, OH 44406 | 4L0078182 | Self | 2011-2013 |
| Cigna Healthcare | U25551413 | Self | 2013-2015 |
| Medicaid of Colorado | V484299 | Self | 2015-present |
| Medicare | 523909559A | Self | 10/2017-present |

2) Have you ever been denied life insurance for reasons relating to your health?

Yes ___ No **X** Don't Know ___

**If Yes**, please state when the denial occurred, the name of the life insurance company, and the company's reason for denial: _____ N/A _____

_____

_____

3) To the best of your knowledge, have you been approved to receive or are you receiving Medicare benefits due to age, disability, condition or any other reason or basis?

Yes **X** No ___

**If Yes**, please specify the following:

a)      The date on which you first became eligible: __10/2017_____

*[Please note:  if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time. This information is necessary for all parties to comply with Medicare regulations.  See 42 U.S.C. 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*


## V.  **PRIOR CLAIM INFORMATION**

1)      Have you filed a lawsuit or made a claim in the last 10 years, other than in the present suit relating to any bodily injury?

**Yes** ___ **No** _X_

**If Yes**, please specify the following:

a)      Court in which suit/claim filed or made:_____

b)      Case/Claim Number:_____

c)      Nature of Claim/Injury:_____

2)      Have you applied for workers' compensation (WC), Social Security disability (SSI or SSD) benefits, or other state or federal disability benefits within the past 10 years?

**Yes** _X_ **No** ___

**If Yes**, please specify the following:

a)      Date (or year) of application: _____Approximately 2014 or 2015_____

b)      Type of benefits sought _____Disability_____

c)      Agency/Insurer from which you sought the benefits:Social Security SSI_____

d)      The nature of the claimed injury/disability: _Complications from BSC mesh____

e)      Whether the claim was accepted or denied: _accepted_____

## VI. FACT WITNESSES

1)   Please identify all persons who you believe possess information concerning your injury(ies) and current medical conditions, other than your healthcare providers, and please state their name address and his/her/their relationship to you:

| Name | Address | Relationship to You | Information you Believe Person Possesses |
|------|---------|---------------------|------------------------------------------|
| Luke Bagwell | 111 Bandit Lane, Bailey, CO 80421 | Husband | Everything about me |
|  |  |  |  |

## VII.   IDENTIFICATION OF DOCUMENTS AND OTHER ELECTRONICALLY STORED INFORMATION

For the period beginning three years prior to implantation of the pelvic mesh product(s) to present, please identify all research, including on-line research, you have conducted regarding the subjects of this litigation, including the implantation of the pelvic mesh product(s), the injuries and/or damages you claim resulted from the implantation of the pelvic mesh product(s), or your medical or physical condition. Identify date, time, and source, including any websites visited. Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.

None

21

## VIII. <u>DOCUMENT REQUESTS</u>

1) **RELEASES**.

   **NOTE:   Please sign and attach to this Fact Sheet the authorizations for the release of records appended hereto.**

   My answers follow but I reserve the right to supplement with additional records.

2) **DOCUMENTS.** State whether you have any of the following documents in your possession, custody, and/or control. If you do, please provide a true and correct copy of any such documents with this completed Fact Sheet.

   a)   If you were appointed by a court to represent the plaintiff in this lawsuit, produce any documents demonstrating your appointment as such.

      i.   Not Applicable X____

      ii.   The documents are attached _____ [OR] I have no documents _____

   b)   If you represent the estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).

      i.   Not Applicable X____

      ii.   The documents are attached _____ [OR] I have no documents _____

   c)   Produce any communications (sent or received) in your possession, which shall include materials accessible to you from any computer on which you have sent or received such communications, concerning the pelvic mesh product(s) or subject litigation, including but not limited to all letters, e-mails, blogs, Facebook posts, tweets, newsletters, etc. sent or received by you. Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.

      i.   Not Applicable _____

      ii.   The documents are attached _____ [OR] I have no documents__X_____

   d)   Produce all documents (including journal entries, lists, memoranda, notes, diaries), photographs, video, DVDS or other media, including all copies, discussing or referencing the subjects of this litigation including the pelvic mesh product(s), the injuries and/or damages you claim resulted from the pelvic mesh product(s), or evidencing your physical  condition from three years prior to the implantation of the pelvic mesh product(s) to present, including but not limited to

the injuries for which you claim relief in this lawsuit. Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.

    i.      Not Applicable _____

    ii.     The documents are attached _____ [OR] I have no documents ___X_____

e)    Produce any pelvic mesh product packaging, labeling, advertising, or any other pelvic mesh product product-related items in your possession, custody or control.

    i.      Not Applicable_____

    ii.     The documents are attached _____ [OR] I have no documents ___X_____

f)    Produce all documents concerning any communication between you and the Food and Drug Administration (FDA) or between you and any employee or agent of the Defendants, regarding the pelvic mesh product(s) at issue, except as to those communications which are attorney client/work product privileged.

    i.      Not Applicable _____

    ii.     The documents are attached _____ [OR] I have no documents ___X_____

g)    Produce all documents in your possession, custody or control evidencing or relating to any correspondence or communication between Boston Scientific Corp., (or any of its related companies or divisions) and any of your doctors, healthcare providers, and/or you relating to the pelvic mesh product(s), except as to those communications which are attorney client/work product privileged.

    i.      Not Applicable X_____

    ii.     The documents are attached _____ [OR] I have no documents _____

h)    Produce any and all documents in your possession, custody or control reflecting, describing, or in any way relating to any instructions or warnings you received prior to implantation of any pelvic mesh product(s) concerning the risks and/or benefits of your surgery, including but not limited to any risks and/or benefits associated with the pelvic mesh product(s).

    i.      Not Applicable _____

    ii.     The documents are attached _____ [OR] I have no documents ___X_____

i)   Produce any and all documents reflecting the model number and lot number of the pelvic mesh product(s) you received.

    i.   Not Applicable _____

    ii.   The documents are attached __X___ [OR] I have no documents _____

j)   If you underwent surgery to explant in whole or in part the pelvic mesh product(s) that you received: produce any and all documents in your possession, custody or control aside from documents that may have been generated by experts retained by your counsel for litigation purposes, relating to any evaluation of the pelvic mesh product(s) and any other material that was (were) surgically removed from you.

    i.   Not Applicable ____

    ii.   The documents are attached __X___ [OR] I have no documents _____

k)   If you claim lost wages or lost earning capacity, copies of your federal and state tax returns for the two years prior to implantation of the pelvic mesh product(s) to the present.

    i.   Not Applicable _____

    ii.   The documents are attached _____ [OR] I have no documents __X_____

l)   All documents in your possession, custody or control concerning payment by Medicare on the injured party's behalf relating to the injuries claimed in this lawsuit, including but not limited to Interim Conditional Payment summaries and/or estimates prepared by Medicare or its representatives regarding payments made on your behalf for medical expenses relating to the subject of this litigation.

    i.   Not Applicable _____

    ii.   The documents are attached _____ [OR] I have no documents __X_____

*[Please note: if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time. This information is necessary for all parties to comply with Medicare regulations. See 42 U.S.C. 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

## VERIFICATION

I, _Katrin Bagwell_, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated _12/03/2018_ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
Signature of Plaintiff

## VERIFICATION OF LOSS OF CONSORTIUM

I, _Luke Bagwell_, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated _12/03/2018_ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
Signature of Consortium Plaintiff