# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02656-RM-SKC

KATRINA BAGWELL and LUKE BAGWELL,

    Plaintiffs,

v.

BOSTON SCIENTIFIC CORPORATION,

    Defendant.

---

**PLAINTIFFS' WITNESS LIST**

---

Pursuant to the Court's Courtroom Minutes and Order dated October 21, 2020, and Federal Rule of Civil Procedure 26(a)(3), Plaintiffs, Katrina and Luke Bagwell, submit the following list of trial witnesses:

The following witnesses are fact witnesses who will be called to testify live at trial:

1. Katrina Bagwell, Plaintiff. c/o Aylstock, Witkin, Kreis & Overholtz, PLLC, 17 E. Main Street, Pensacola, FL 32503. Ms. Bagwell will provide live testimony at trial concerning her decision to undergo implantation of the Solyx device and the injuries sustained therefrom. She will also provide testimony concerning her condition pre-implantation and how the injuries she sustained from Solyx has and continues to impact her and her husband's lives.

2. Luke Bagwell is Plaintiff Katrina Bagwell's spouse and is also a Plaintiff in this matter. c/o Aylstock, Witkin, Kreis & Overholtz, PLLC, 17 E. Main Street, Pensacola, FL 32503. Mr. Bagwell will provide live testimony at trial concerning Ms. Bagwell's decision to undergo implantation of the Solyx device and the injuries she sustained therefrom. Mr. Bagwell will also provide testimony concerning Ms. Bagwell's condition pre-implantation and how her injuries sustained from Solyx has and continues to impact their lives.

3. Brian Flynn, MD, Revising Physician. 12605 16th Avenue, Aurora, CO 80045. Dr. Flynn is Plaintiff Katrina Bagwell's treating physician who will testify live or

1

by video deposition concerning his care and treatment of Ms. Bagwell, including his surgical procedure to remove the Solyx mesh from Ms. Bagwell's body.

4. Patricia McCord, PT. 257 Circle Dr., Evergreen, CO 80439.  Ms. McCord is Plaintiff Katrina Bagwell's pelvic physical therapies who will testify live or by video deposition concerning her care and treatment of Ms. Bagwell's Solyx-related injuries.

The following witnesses are all health care providers of Plaintiff Katrina Bagwell who **may** be called live at trial to offer testimony concerning their care and treatment of Ms. Bagwell either before and/or after she was implanted with Defendant's Solyx device:

1. Richard Brundige, MD
   8015 W Alameda Avenue, Suite 50
   Lakewood, CO, 80226
   303-237-0086

2. Julie C. Cohen, MD
   8383 W. Alameda Avenue
   Lakewood, CO 80226
   303-338-4545

3. Cheryl Cowles, MD
   7950 Kipling Street # 201
   Arvada, CO 80005

4. Laura Eral, PT
   10240 Park Meadows Drive
   Lone Tree, CO
   303-338-4545

5. Troy Freedman, PA-C
   32214 Ellingwood Trail #210
   Evergreen, CO 80439
   720-897-5609

6. Nel Gerig, MD
   3333 S. Bannock St., Suite 350
   Englewood, CO 80110
   303-260-5092

7. Jamie Kenney, PA-C
   26659 Pleasant Park Road
   Conifer, CO 80433
   303-647-5300

2

8. Mina Lee, MD
   2045 Franklin Street
   Denver, CO 80205
   303-338-4545

9. Nicole Mah, MD
   28267 Highway 74
   Evergreen, CO 80439
   720-634-6789

10. Roger Matthews, DO
    26659 Pleasant Park Road
    Conifer, CO 80433
    303-647-5300

11. Kari Reynolds, NP
    3333 S. Bannock St., Suite 350
    Englewood, CO 80110
    303-260-5092

12. Samson Shen, MD
    2045 Franklin Street
    Denver, CO 80205
    303-861-2121

13. Christie Bibeau, PhD
    9767 S Rhodus Street
    Conifer, CO 80433
    303-881-7740

The following are Plaintiffs' expert witnesses who will provide live testimony at trial concerning their general and/or case-specific expert opinions consistent with their Rule 26 expert reports and prior testimony:

14. Dr. Ralph Zipper, Urogynecologist who is board certified in Female Pelvic Medicine and Reconstructive Surgery.

15. Dr. Bruce Rosenzweig, Urogynecologist and Assistant Profesesor of Obstetrics and Gynecology at Rush University Medical Center.

16. Dr. Jimmy Mays, Polymer Scientist/Materials Expert.

17. Dr. Dionysis Veronikis, Urogynecologist who is board certified in Female Pelvic Medicine and Reconstructive Surgery.

3

18. Dr. Peggy Pence, Industry Standard/Regulatory Expert.

The following witnesses are current or formal employees of Defendant Boston Scientific Corporation. c/o Faegre Drinker Biddle & Reath, 1144 15th Street, Suite 3400, Denver CO 80202.  These witnesses may testify live or by video deposition concerning general liability issues, including but not limited to, the design of the Solyx device, testing or lack of testing performed by Defendant both prior to and after the Solyx was launched, warning letters sent to Defendant concerning violations observed during audits, Defendant's use of Marlex polypropylene resin, Defendant's marketing of the Solyx device and the adequacy or inadequacy of the Solyx instructions and warnings contained with its labeling.

19. Rob Trentadue
20. Katherins Aloisi
21. Michelle Berry
22. Evan Bransington
23. Arthur Butcher
24. Janice Connor
25. Christopher M. Cuddy
26. Joanna Engelke
27. Kathleen Fantoni
28. Abby Fischer
29. Kenneth Flynn
30. Donna Gardner
31. James Goddard
32. Roger Goldberg, MD
33. Alfred P. Intoccia, Jr.
34. Aaron Kirkemo
35. Kristin LaRocca
36. Amy LeBlanc
37. Kimberly Matheson
38. Maya Matusovsky
39. Todd McCaslin
40. Janet McGrath
41. Robert Miragliuolo
42. Charles R. Montgomery
43. Keven Newell
44. Jonathan Brent Palmisano
45. John Pedersen
46. Phillip Rackliff
47. Doreen Rao
48. John Sherry
49. Charles Smith
50. Lee Sullivan
51. Alison Timm
52. George Vialle

      53. Edward Walbridge
      54. Robert Walsh
      55. Mitchell Wheeler
      56. Frank Zakrzewski

The following witnesses were Defendant's Key Opinion Leaders (KOLs) who have personal knowledge of safety issues related to the Solyx device and will testify live or by video deposition:

      57. Lawrence Lind, MD, KOL. 10 Medical Plaza, Glen Cove, NY 11542

      58. Dennis Miller, MD, KOL. 201 North Mayfair Rd., #310, Wauwatosa, WI 53226

Plaintiffs reserve the right to call as a witness any person deposed in connection with this litigation, any of the individual witnesses identified in discovery and/or by the defendants, as well as any agents and/or employees of Defendants, and rebuttal witnesses. Plaintiff reserves the right to supplement this witness list up to and at the time of trial. Finally, the Plaintiffs will likely narrow the above witness list which is dependent upon various issues, including the Court's rulings and strategic decisions that will be made closer to trial.

Dated: February 4, 2021

                                          */s/ Daniel J. Thornburgh*
                                        Daniel J. Thornburgh, FL Bar No. 42661
                                        Bobby "Brad" Bradford, FL Bar No. 173223
                                        Aylstock, Witkin, Kreis & Overholtz, PLLC
                                        17 E. Main Street, Suite 200
                                        Pensacola, FL 32502
                                        T: 850-202-1010
                                        F: 850-916-7449
                                        dthornburgh@awkolaw.com
                                        bbradford@awkolaw.com
                                        Admitted *pro hac vice*

                                        Joseph J. Zonies
                                        Zonies Law LLC
                                        1700 Lincoln Street
                                        Suite 2400
                                        Denver, CO 80203

720-464-5300
720-961-9252 (fax)
jzonies@zonieslaw.com

*Attorneys for Plaintiff*