# EXHIBIT C

**KATRINA and LUKE BAGWELL V. BOSTON SCIENTIFIC CORPORATION**
**CASE NO. 1:20-CV-02656-RM-SKC**

| Ex. No. | Date | Description | Bates No. | Will Use | Stip | Offered | Admitted | Refused |
|---|---|---|---|---|---|---|---|---|
| 1 | 5/1/2007 | Email Brent Pamisano to Evan Brasington | BSCM04400067687 | x | | | | |
| 2 | | Curriculum Vitae, Katherine L. Aloisi | | x | | | | |
| 3 | 2/2011 | Serels, Scott, et al., Safety and Efficacy of the Solyx Single-Incision Sling for the Treatment of Stress Urinary Incontinence: Preliminary Results | | x | | | | |
| 4 | 8/23/2010 | Serels, Scott, et al., Prospective Multi-Center Study Looking at the Safety and Efficacy of the Solyx SIS System | | x | | | | |
| 5 | | True/False question | | x | | | | |
| 6 | 5/16/2009 | Advances in Pelvic Floor Technology forum | BSCM06100121481 | x | | | | |
| 7 | 12/19/2009 | Serels, Scott, et al., Preliminary findings with the Solyx single-incision sling system in female stress urinary incontinence | | x | | | | |
| 8 | 2/2011 | Serels, Scott, et al., Safety and Efficacy of the Solyx Single-Incision Sling for the Treatment of Stress Urinary Incontinence: Preliminary Results (highlighted) | | x | | | | |
| 9 | 2/2014 | Serels, Scott, et al., Long Term Follow up of the Solyx Single Incision Sling in the Treatment of Female Stress Urinary Incontinence (SUI) | | x | | | | |
| 10 | | E-mail | BSCM06000042471 | x | | | | |
| 11 | | Lawrence Lind, M.D. CV | | x | | | | |
| 12 | | True/False question | | x | | | | |
| 13 | | True/False question | | x | | | | |
| 14 | | True/False question | | x | | | | |
| 15 | | Solyx device | | x | | | | |
| 16 | 1/13/2011 | Email Lawrence Lind to Scott Serels re mesh editorial | BSCM06100102754 | x | | | | |
| 18 | 10/9/2007 | Marlex Polypropylene (All Grades) Material Safety Data Sheet | BSCM051001117275 | x | | | | |

**PLAINTIFFS' EXHIBIT LIST - DOCUMENTS**

KATRINA and LUKE BAGWELL V. BOSTON SCIENTIFIC CORPORATION
CASE NO. 1:20-CV-02656-RM-SKC

| Ex. No. | Date | Description | Bates No. | Will Use | Stip | Offered | Admitted | Refused |
|---|---|---|---|---|---|---|---|---|
| 21 | | True/False question | | x | | | | |
| 22 | | True/False question | | x | | | | |
| 23 | | True/False question | | x | | | | |
| 24 | 1/3/2012 | FDA Letter to Michelle Berry | BSCM05100154667 | x | | | | |
| 25 | 8/3/2011 | Email Peter Horton to George Vialle re PSPC HGX-03-01 | BSCM06700722580 | x | | | | |
| 27 | | Solyx Directions of Use ("DFU") | BSCM00800002950 | x | | | | |
| 41 | 8/23/2011 | Email William Teasdale to Heather Connor re Solyx data | BSCM09900012170 | x | | | | |
| 42 | 3/30/2010 | Email Vijay Shah to Steve Olivieri et al. re Daily Complaint Report | BSCM11800038394 | x | | | | |
| 44 | 2011 | Anchor Extraction Forces For Single-Incision Slings: Strength Comparison in a Rabbit Model | BSCM06100032596 | x | | | | |
| 45 | 9/21/2011 | Email Maya Matusovsky to Brent Palmisano et al. re AUGS abstracts | BSCM06100032594 | x | | | | |
| 46 | 7/6/2009 | Letter Dr.Erickson to David | BSCM07300012818 | x | | | | |
| 50 | | Curriculum Vitae of Evan S. Brasington | BSCM07900000034 | x | | | | |
| 51 | | Document entitled "Code of Conduct" | BSCM02300009533 | x | | | | |
| 52 | | Document entitled, "2010 NSM Evan Brasington, 'Innovation'" | BSCM04400085117 | x | | | | |
| 54 | 4/23/1998 | Memorandum received on April 23, 1998 | DHS01 001926 | x | | | | |
| 55 | 4/3/2002 | Memorandum dated April 3, 2002 | BSCM09300092795 | x | | | | |
| 56 | | True/False question | | x | | | | |
| 58 | | True/False question | | x | | | | |
| 59 | 3/31/2009 | Two Month Field Assessment Plan and Report for Solyx SIS System | BSCM04200098686 | x | | | | |
| 60 | | Field Assessment Plan and Report for Solyx SIS System | BSCM04800062370 | x | | | | |
| 63 | 1/25/2006 | Corporate Warning Letter | | x | | | | |
| 64 | | True/False question | | x | | | | |
| 65 | | True/False question | | x | | | | |

KATRINA and LUKE BAGWELL V. BOSTON SCIENTIFIC CORPORATION
CASE NO. 1:20-CV-02656-RM-SKC

| Ex. No. | Date | Description | Bates No. | Will Use | Stip | Offered | Admitted | Refused |
|---|---|---|---|---|---|---|---|---|
| 67 | | E-mail | BSCM04400035038 | x | | | | |
| 70 | | True/False question | | x | | | | |
| 71 | | True/False question | | x | | | | |
| 94 | | Phillips Sumika PowerPoint Presentation re Marlex Uses | CP-00221 | x | | | | |
| 99 | 11/10/2008 | Solyx Clinical Risk/Benefit Analysis (CRBA) | BSCM05300055129 | x | | | | |
| 108 | 4/22/1999 | Key Points re ProteGen Recall | BSCM06500000261 | x | | | | |
| 131 | 12/4/2008 | MSDS - Marlex Polypropylenes (All Grades), rev. 12/4/08 | DX0625-001 | x | | | | |
| 132 | | Boston Scientific Corp. Solyx exemplar device | | x | | | | |
| 133 | | Complete Chevron Phillips Production | CP-00001 - CP-00294 | x | | | | |
| 136 | | Notice of FRCP 30(b)(6) Deposition, MDL 2187 | | x | | | | |
| 138 | | Prolene suture exemplar | | x | | | | |
| 151 | | HGX-030-01 Data Sheet | CP-00010 | x | | | | |
| 157 | | A Guide to Marlex High Performance Polypropylenes | CP-00095 | x | | | | |
| 167 | 7/12/2007 | MSDS - Marlex Polypropylenes (All Grades), rev. 7/12/07 | BSCM0140000075 | x | | | | |
| 169 | 1/28/2004 | MSDS - Marlex Polypropylenes (All Grades), rev. 1/28/04 | | x | | | | |
| 175 | | Notice of FRCP 30(b)(6) Deposition, MDL 2326 | | x | | | | |
| 177 | | Phillip Sumika "Additive Formulations | CP-00183 | x | | | | |
| 179 | | TSM 308: Chemical Resistance of Marlex Polypropylene | CP-00091 | x | | | | |
| 190 | | Augs Statement | | x | | | | |
| 195 | 10/7/2011 | Email Paula Crameri to Dr. Miller re Australia and New Zealand trip | BSCM06100068327 | x | | | | |
| 244 | | article titled Tensile Properties of Five Commonly Used Midurethral Slings Relative to the TVT | BSCM11600009346 | x | | | | |

**KATRINA and LUKE BAGWELL V. BOSTON SCIENTIFIC CORPORATION**
**CASE NO. 1:20-CV-02656-RM-SKC**

| Ex. No. | Date | Description | Bates No. | Will Use | Stip | Offered | Admitted | Refused |
|---|---|---|---|---|---|---|---|---|
| 245 | | Reviewer Summary Report of the research grant Dr. Moalli submitted | | x | | | | |
| 254 | | Clinical Experience with Advantage Mesh - PowerPoint Slide | | x | | | | |
| 260 | | Editorial from Dr. Nager titled Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinence | | x | | | | |
| 271 | | Article entitled Polypropylene Midurethral Tapes Do Not Have Similar Biologic and Biomechanical Performance in the Rat | | x | | | | |
| 277 | | Amended Notice to Take Oral and Video Deposition of Donna Gardner | | x | | | | |
| 278 | | Organizational chart | BSCM02400000046 | x | | | | |
| 279 | | Donna M. Gardner, RAC Resume | BSCM07900000001 | x | | | | |
| 283 | 10/20/2008 | FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse and Stress Urinary Incontinence For updated information about Surgical Mesh for Pelvic Organ Prolapse, see: UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse, released July 13, 2011 | | x | | | | |
| 284 | 7/13/2011 | FDA Safety Communication: UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse | | x | | | | |
| 295 | 6/28/2012 | E-mail re: PMDA Presentation | BSCM05200077278 | x | | | | |
| 301 | | Iglesia, C.B.The Use of Mesh in Gynecologic Surgery. Int Urogynecol J (1997) 8:105-115 | | x | | | | |
| 305 | 1/28/1998 | 510 application for TVT | | x | | | | |

KATRINA and LUKE BAGWELL V. BOSTON SCIENTIFIC CORPORATION
CASE NO. 1:20-CV-02656-RM-SKC

| Ex. No. | Date | Description | Bates No. | Will Use | Stip | Offered | Admitted | Refused |
|---|---|---|---|---|---|---|---|---|
| 308 | 12/27/2011 | E-mail re: Markey-Waxman letter | BSCM05200082778 | x | | | | |
| 319 | 10/17/2011 | MSDS sheet for Marlex® HGX-030-01 Polypropylene, version 1.3 | | x | | | | |
| 407 | | NICE interventional procedure guidance 262 issued May 2008 | | x | | | | |
| 411 | 4/8/2005 | Document titled Boston Scientific Urology/Women's Health Division Advisory Board Meeting | BSCM04200084513 | x | | | | |
| 420 | | James Goddard's curriculum vitae | | x | | | | |
| 423 | | Email | BSCM06500094179 | x | | | | |
| 424 | 2/28/2009 | Email | BSCM06500094182 | x | | | | |
| 425 | | Solyx SIS System Risk Analysis and Report | BSCM11800034143 | x | | | | |
| 429 | | Organization Chart: Boston Scientific | | x | | | | |
| 430 | | Chart titled Boston Scientific Cross-Functional Teams | | x | | | | |
| 432 | | Document titled Reasons for Development of Solyx | | x | | | | |
| 439 | | Product Specification - Solyx SIS System | BSCM01800001921 | x | | | | |
| 442 | | ANSI/AAMI/ISO 10993-1: 2009/(R)2013 | | x | | | | |
| 443 | 11/14/2008 | Memo to File | BSCM01800013600 | x | | | | |
| 447 | | Documents | BSCM06100035653, BSCM06100001929; BSCM06200033764; BSCM06100121481; BSCM08600008625; BSCM09300015006 | x | | | | |
| 458 | 10/24/2012 | Email chain | BSCM04900021459 | x | | | | |
| 461 | | Performance evaluation of Amy LeBlanc 1/1/10 - 12/31/10 | BSCM10900000147 | x | | | | |
| 462 | | Performance evaluation of Amy LeBlanc 1/1/11 - 12/31/11 | BSCM10900000154 | x | | | | |
| 468 | 1/31/2011 | Email chain | BSCM04900011089 | x | | | | |

KATRINA and LUKE BAGWELL V. BOSTON SCIENTIFIC CORPORATION
CASE NO. 1:20-CV-02656-RM-SKC

| Ex. No. | Date | Description | Bates No. | Will Use | Stip | Offered | Admitted | Refused |
|---|---|---|---|---|---|---|---|---|
| 470 | | Meeting Minutes WH complaint reduction goals and action items for 2011 | BSCM04200099051 | x | | | | |
| 474 | 8/28/2012 | Email to A. LeBlanc from S. Mohler | BSCM04900017028 | x | | | | |
| 495 | 1/9/2002 | Boston Scientific Corporation 510(k) Pre-Market Notification Surgical Mesh K020110 | BSCM00100000001 | x | | | | |
| 642 | | Corporate SOP MDR Reporting S841051-00 Rev/Ver BA | BSCM02300008581 | x | | | | |
| 727 | 7/16/2008 | Email Evan Brasington to John Pedersen re IMPORTANT: Action Required by July 16, 2008 - Marketing Initiated Trial Remediation | BSCM04400033828 | x | | | | |
| 766 | | Gingras (PROXY) ltt Goddard re distribution agreement between Proxy Biomedical and BSC | BSCM04700005804 | x | | | | |
| 785 | 8/3/2011 | Email Kenneth Daignault to Joe Raneri et al. re Marlex - Discussion with Phillips | BSCM04700235069 | x | | | | |
| 821 | | Clinical Trials and Women's Health Value, Risk, Investment | BSCM04800073303 | x | | | | |
| 843 | 5/24/2011 | LeBlanc email re Solyx tip detached | BSCM04900003799 | x | | | | |
| 885 | 10/9/2007 | Marlex Polypropylene (All Grades) Material Safety Data Sheet | BSCM05100117275 | x | | | | |
| 920 | 1/3/2012 | Solyx 522 Order | BSCM05200010605 | x | | | | |
| 956 | | DRAFT Pre-Pubic Mid-Urethral Sling | BSCM05300047007 | x | | | | |
| 1059 | 6/25/2008 | Email Janet McGrath to Michelle Berry re FDA question MSDS | BSCM05300059256 | x | | | | |
| 1086 | 8/11/2011 | Mesh Resin Project Update Presentation by Charlie Smith | BSCM05700002415 | x | | | | |
| 1092 | | Pelvic Floor Repair (PFR) Kit Clinical Experience Summary U0320, U0357 90336148 Rev/Ver AF | BSCM05700045498 | x | | | | |
| 1109 | 12/8/2009 | Email Sean Toomer to Michelle Jordan re Dr. Long | BSCM06000143956 | x | | | | |
| 1123 | 12/9/2010 | Draft letter Abby Fischer et al. re PFI 3.0 | BSCM06100041787 | x | | | | |

**KATRINA and LUKE BAGWELL V. BOSTON SCIENTIFIC CORPORATION**
**CASE NO. 1:20-CV-02656-RM-SKC**

| Ex. No. | Date | Description | Bates No. | Will Use | Stip | Offered | Admitted | Refused |
|---|---|---|---|---|---|---|---|---|
| 1129 | | Mesh Engineering Where are we going? Where have we been? Dennis Miller, MD Presentation | BSCM06100068344 | x | | | | |
| 1339 | | Curriculum Vitae of Janet A. McGrath | | x | | | | |
| 1341 | | Pre-Pubic Mid-Urethral Sling | BSCM05300047013 | x | | | | |
| 1342 | | Email chain | BSCM05300059848 | x | | | | |
| 1351 | | Email chain | BSCM05300058154 | x | | | | |
| 1352 | | Biocompatibility assessment of Boston Scientific's polypropylene carrier/polypropylene sling device (Shark) | | x | | | | |
| 1353 | | Email chain | BSCM05300058253 | x | | | | |
| 1355 | | Tissue Responses Assessment of Boston Scientific's Polypropylene Carrier/Polypropylene Mesh Device | | x | | | | |
| 1392 | | Curriculum Vitae of Doreen Rao | BSCM07900000007 | x | | | | |
| 1421 | | Email | BSCM06100029429 | x | | | | |
| 1422 | | Email | BSCM07400013515 | x | | | | |
| 1425 | | In Vivo Material Shrinkage; Polyform vs. Prolene Soft | BSCM07400017366 | x | | | | |
| 1436 | | Email | BSCM07400021646 | x | | | | |
| 1474 | | Curriculum Vitae of John E. Sherry | | x | | | | |
| 1495 | 1/16/2007 | Email chain regarding shark animal studies | BSCM07300009896 | x | | | | |
| 1518 | | Organizational Charts | BSCM02400000333 | x | | | | |
| 1520 | 8/24/2007 | Feedback from shark lab 8-24-07 | BSCM07200002099 | x | | | | |
| 1524 | | Email | BSCM07200023649 | x | | | | |
| 1530 | | Meeting Minutes and E-mail Chain | BSCM07200010215; BSCM200016074; BSCM04800065537 | x | | | | |
| 2159 | | Photograph of Solyx prototype | | x | | | | |
| 2160 | | Photograph of Solyx prototype on side view | | x | | | | |
| 2161 | | Photograph of Solyx prototype | | x | | | | |

KATRINA and LUKE BAGWELL V. BOSTON SCIENTIFIC CORPORATION
CASE NO. 1:20-CV-02656-RM-SKC

| Ex No. | Author | Description | Journal Citation | Will Use | Stip | Offered | Admitted | Refused |
|---|---|---|---|---|---|---|---|---|
| 3058 | Bandiera S, Giunta G, et al | Surgical treatment of stress urinary incontinence: A 3-year follow-up | Urogynaecologia I J (2008); 22; 1:15-21 | x | | | | |
| 3068 | Bazi TM, et al | Polypropylene midurethral tapes do not have similar biologic and biomechanical performance in the rat | European Urolo 2007; 51: 1364-1675 | x | | | | |
| 3070 | Bekelman JE, et al | Scope and Impact of Financial Conflicts of Interest in Biomedical Research A Systematic Review | JAMA, January 22/29, 2003 Vol 289 No. 4, 454-465 | x | | | | |
| 3076 | Bezerra CA and Bruschini H. | Suburethral sling operations for urinary incontinence in women. | Cochrane Database Syst Rev. | x | | | | |
| 3101 | Brown BN, et al | Characterization of the host inflammatory response following implantation of prolapse mesh in rhesus macaque | Am J Obstet Gynecol 2015 Aug 7 doi: 10.1016 [Epub ahead of print] | x | | | | |
| 3126 | Chapple C, Raz S, et al | Mesh Sling in an Era of Uncertainty: Lessons Learned and the Way Forward | European Urology 64 (2013) 525-529 | x | | | | |
| 3148 | Cobb, W., et al. | The Argument for Lightweight Polyropylene Mesh in Hernia Repair | Surgical Innovation 2005, 12(1):T1-T7 | x | | | | |
| 3156 | Cornelis R, Hogewoning C., et al | The introduction of mid-urethral slings: an evaluation of literature (Update) | Int Urogynecol J (2015) 26:229-234 | x | | | | |
| 3168 | Costello, C., et al | Charactertization of Heavyweight and Lightweight Polypropylene Prosthetic Mesh Explants from a Single Patient. | Surgical Innovation. 2007; 14(3): 168-176 | x | | | | |
| 3214 | Dietz HP, Vancaillie P, et al | Mechanical Properties of Urogynecologic Implant Materials | The International Urogynecology Journal,14:239-43; discussion 243,05-Aug-03 | x | | | | |

**KATRINA and LUKE BAGWELL V. BOSTON SCIENTIFIC CORPORATION**
**CASE NO. 1:20-CV-02656-RM-SKC**

| Ex No. | Author | Description | Journal Citation | Will Use | Stip | Offered | Admitted | Refused |
|---|---|---|---|---|---|---|---|---|
| 3260 | Ford AA, Rogerson L, Cody JD, Ogah | Mid-urethral sling operations for stress urinary incontinence in women (Review) | The Cochrane Collaboration, The Cochrane Library 2015, Issue 7 | x | | | | |
| 3360 | Kawasaki A, Edenfield AL, et al | Comparing the risk of urethrolysis for the treatment of voiding dysfunction between two retorpubic mesh slings: a case-control study | Int Urogynecol J (2013) 24:589-594 | x | | | | |
| 3372 | Klosterhalfen B, Junge K, et al | The lightweight and large porous mesh concept for hernia repair | Expert Rev Med Devices 2(1) (2005) 1-15 | x | | | | |
| 3396 | Lapitan MC, Cody JD, and Grant A. | Open retropubic colposuspension for urinary incontinence in women. | Cochrane Database of Systematic Reviews ,CD002912,21-Jan-09 | x | | | | |
| 3435 | Madsen AM, El-Nasar SA, et al | A cohort study comparing a single-incision sling with a retropubic midurethral sling | Int Urogynecol J (2014) 25:351-358 | x | | | | |
| 3450 | Masata J, Svabik K, Hubka P, et al | Is the fixation of single incision tape (TVT-S) as good as a transobturator tape (TVT-O)? An ultrasound study, results from randomized trial. | International Continence Society Mtg 2012 - ICS Abs 6 | x | | | | |
| 3472 | Moalli, P., et al | Tensile Properties of Five Commonly Used Mid-Urethral Slings Relative to the TVT | Int Urogynecol J (2008) 19:655-663 | x | | | | |
| 3503 | Nambiar A, Cody JD, Jeffery ST | Single-incision sling operations for urinary incontinence in women | Cochrane Database Syst Rev. 2014 Jun 1;6:CD008709. doi: 10.1002/14651858.CD008709 | x | | | | |
| 3530 | Ogah J, Cody DJ, and Rogerson L. | Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women | Cochrane Database of Systematic Reviews ,CD006375,07-Oct-09 | x | | | | |

**KATRINA and LUKE BAGWELL V. BOSTON SCIENTIFIC CORPORATION**
**CASE NO. 1:20-CV-02656-RM-SKC**

| Ex No. | Author | Description | Journal Citation | Will Use | Stip | Offered | Admitted | Refused |
|---|---|---|---|---|---|---|---|---|
| 3531 | Ogah J, Cody DJ, and Rogerson L. | Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women: a short version Cochrane Review | Neurourology and Urodynamics (2011)30:284-291 | x | | | | |
| 3576 | Rehman, et al | Traditional suburethral sling operations for urinary incontinence in women (Review) | The Cochrane Library | x | | | | |
| 3583 | Ridgeway B, Arias B, and Barber M. | Variation of the obturator foramen and pubic arch of the female bony pelvis | Am J Obstet Gynecol (2008)198:546.e.-546.e.4 | x | | | | |
| 3596 | Ross S, Robert M, Swaby C, et al | Transobturator Tape Compared With Tension-Free Vaginal Tape for Stress Incontinence | Obstet Gynecol (2009);114:1287-1294 | x | | | | |
| 3601 | Sabadella J, Poza, JL, et al | Usefulness of rtropubic tape for recurrent stress incontinence after transobuturator tape failure | Int Urogynecol J (2011) 22:1543-1547 | x | | | | |
| 3617 | Serels S, et al | Preliminary findings with the Solyx single-incision sling system in female stress urinary incontinence | Int Urogynecol J published online 19 December 2009 | x | | | | |
| 3618 | Serels S, et al | Safety and Efficacy of the Solyx single-incision sling for the treatment of stress urinary incontinence: preliminary results | UroToday Int J 2011 Feb; 4(1) | x | | | | |
| 3619 | Serels S, et al | Long term follow up of the Solyx single incision sling in the treatment of female stress urinary incontinence (SUI) | Open Journal of Urology 2014; 4: 13-17 | x | | | | |
| 3863 | Kane, et al | Midurethral Slings for Stress Urinary Incontinence | Clinical Obstetrics and Gynecology; Vol 51 (1), 124-135 | x | | | | |
| 3868 | Ulmsten, et al | Creating a gold standard surgical procedure: the development and implementation of TVT | Int Urogynecol J (2015) 26:787-789 | x | | | | |

**KATRINA and LUKE BAGWELL V. BOSTON SCIENTIFIC CORPORATION**
**CASE NO. 1:20-CV-02656-RM-SKC**

| Ex No. | Author | Description | Journal Citation | Will Use | Stip | Offered | Admitted | Refused |
|---|---|---|---|---|---|---|---|---|
| 4221 | Nambiar, A.; Cody, JD; Jeffery ST; Aliko P | Single incision sling operations for urinary incontinence in women (Review). | Cochrane Database of Systematic Reviews 2017, Issue 7 | x | | | | |
| 4272 | Rehman H, et al | Traditional suburethral sling operations for urinary incontinence in women | Cochrane Database of Systematic Reviews 2011, Issue 1. Art. No.: CD001754 | x | | | | |
| 4385 | Yang C, et al | Presentation Number: Oral Poster 18 Anchor extraction forces for single-incision slings: strength comparison in a rabbit model | Female Pelvic Med & Reconstr Surg (2011) 17(5)2:S92 | x | | | | |
| 4684 | Ford AA, et al | Mid-Uurethral sling operations for stress urinary incontinence in women | The Cochran Collaboration, The Cochran Library 2017, Issue 7 | x | | | | |
| 4893 | Maher C, et al | Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse | Cochrane Database of Systematic Reviews 2016, Issue 2 Art No. CD012079 | x | | | | |
| 4946 | Nambiar, A. | Single incision sling operations for urinary incontinence in women | Cochrane database of systematic reviews 2014, Issue 6 | x | | | | |
| 4959 | Nossier S, et al | Presentation Number: Poster 30 Safety and efficacy of the Solyx™ single-incision sling system | Female Pelvic Medicine & Reconstructive Surgery (2010) 16(5)2:S110-S1111 | x | | | | |

**PLAINTIFFS' EXHIBIT LIST - LITERATURE**
**11**

KATRINA and LUKE BAGWELL V. BOSTON SCIENTIFIC CORPORATION
CASE NO. 1:20-CV-02656-RM-SKC

| Ex. No. | Date | Description | Bates No. | Will Use | Stip | Offered | Admitted | Refused |
|---|---|---|---|---|---|---|---|---|
| 6002 | 11/14/2018 | Katrina Bagwell Video of Physical Therapy Session | | x | | | | |
| 6003 | 11/14/2018 | Photograph of physical therapy equipment | | x | | | | |
| 6004 | 11/14/2018 | Katrina Bagwell authorization to tape physical therapy session | | x | | | | |
| 6005 | 11/2018 | Photographs of needle used for pelvic floor steroid injections | | x | | | | |
| 6009 | 4/10/2014 | Pathology Report | | x | | | | |
| 6010 | 9/18/2014 | Pathology Report | | x | | | | |
| 6011 | 4/10/2014 | Medical Records of Dr. Brian Flynn | | x | | | | |
| 6012 | 9/19/2014 | University of Colorado | | x | | | | |
| 6013 | 10/29/2014 | Medical Records of Dr. Brian Flynn; follow up post operation | | x | | | | |
| 6014 | | Conifer Medical Center | BAGWELLK_CONIFER MEDICAL CENTER_MEDICAL_000001 | x | | | | |
| 6015 | | Medical Records of Dr. Christie Bibeau | BAGWELLK_DR_BIBEAU_MEDICAL_000001 | x | | | | |
| 6016 | | Medical Records of Dr. Richard L. Brundige | BAGWELLK_DR_BRUNDIGE_MEDICAL_000001 | x | | | | |
| 6017 | | Medical Records of Dr. Cheryl Cowles | BAGWELLK_DR_COWLES_MEDICAL_000001 | x | | | | |
| 6018 | | Evergreen Physical Therapy - Billing | BAGWELLK_EVERGREEN PHYSICAL THERAPY_BILLING_000001 | x | | | | |
| 6019 | | Evergreen Physical Therapy - Medical | BAGWELLK_EVERGREEN PHYSICAL THERAPY_MEDICAL_000001 | x | | | | |
| 6020 | | Medical Records of Dr. Brian Flynn | BAGWELLK_FLYNN_MEDICAL_000001 | x | | | | |

**KATRINA and LUKE BAGWELL V. BOSTON SCIENTIFIC CORPORATION**
**CASE NO. 1:20-CV-02656-RM-SKC**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6021 | | Kaiser Permanente | BAGWELLK_KAISER PERMANENTE_MEDICAL_000001 | x | | | | |
| 6022 | | Lutheran Medical Center | BAGWELLK_LUTHERAN MEDICAL CENTER_MEDICAL_000001 | x | | | | |
| 6023 | | The Pelvic Solutions Center | BAGWELLK_THE PELVIC SOLUTIONS CENTER_MEDICAL_000001 | x | | | | |
| 6024 | | University of Colorado Hospital | BAGWELLK_UNIV OF CO HOSP_MEDICAL_000001 | x | | | | |
| 6025 | | CHPG Primary Care | BAGWELLK_FREEDMAN_MEDICAL_000001 | x | | | | |
| 6026 | | Social Security Disability records | | x | | | | |
| 6027 | | Social Security Disability records Index | | x | | | | |
| 6029 | | Web Page Printout | Zipper Deposition Ex. 1 | x | | | | |
| 6030 | | Notice of Videotaped Deposition Duces Tecum of Dr. Ralph Zipper | Zipper Deposition Ex. 2 | x | | | | |
| 6031 | | Rule 26 Expert Report of Ralph Zipper, MD | Zipper Deposition Ex. 3 | x | | | | |
| 6032 | 4/16/2019 | Updated Reliance List of Ralph Zipper | Zipper Deposition Ex. 4 | x | | | | |
| 6033 | 5/16/2011 | Kaiser Permanente Colorado | Zipper Deposition E. 5; BAGWELLK_PLTF_000229 - 000230 | x | | | | |
| 6034 | | Thumb Drive | Zipper Deposition Ex. 6 | x | | | | |
| 6035 | 2/11/2019 | Medical Examination Report of Katrina Bagwell | | x | | | | |
| 6036 | 2/11/2019 | MicroGen Diagnostics Urine Screening | | x | | | | |
| 6037 | | Notice to take deposition of James Rice, M.D. | Rice Deposition Ex. 1 | x | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6038 | | 7-page CV for James Phillip Rice, M.D. | Rice Deposition Ex. 2 | x | | | | |
| 6039 | | Highlighted records that were highlighted by Dr. Rice | Rice Deposition Ex. 3 | x | | | | |
| 6040 | 4/17/2019 | 1-page billing invoice from Dr. Rice, dated 4/17/19, Invoice #2085 | Rice Deposition Ex. 4 | x | | | | |
| 6041 | | Updated billing for Dr. Rice | Rice Deposition Ex. 5 | x | | | | |
| 6042 | | 25-page "Expert report and opinions by James Rice, M.D. | Rice Deposition Ex. 6 | x | | | | |
| 6043 | | Updated expert witness list | Rice Deposition Ex. 7 | x | | | | |
| 6044 | | Dr. James Rice - Materials Reviewed and Considered. | Rice Deposition Ex. 8 | x | | | | |
| 6045 | 10/21/2008 | 1-page medical record with Dr. Cowles, dated 10/21/08 | Rice Deposition Ex. 9; BAGWELLK_DR_COWLES_MEDICAL_ 000007 | x | | | | |
| 6046 | | 3-page operative note for November 2009 | Rice Deposition Ex. 10; BAGWELLK_LUTHERAN MEDICALCENTER_MEDICAL_000008-10 | x | | | | |
| 6047 | | 3-page April 10, 2014 operative report from Dr. Flynn | Rice Deposition Ex. 11; BAGWELL_UNIV OF CO HOSP_MEDICAL_000056-58 | x | | | | |
| 6048 | | 1-page medical record of Dr. Cowles, dated 12/29/09 | Rice Deposition Ex. 12; BAGWELLK_DR_COWLES_MEDICAL_000002 | x | | | | |
| 6049 | | 2-page operative report of Dr. Flynn, dated 9/19/14 | Rice Deposition Ex. 13; BAGWELL_UNIV OF CO HOSP_MEDICAL_000182-183 | x | | | | |
| 6050 | | 2-page pathology report from September 2014 regarding Ms. Bagwell | Rice Deposition Ex. 14 | x | | | | |
| 6051 | | 2-page pathology report dated April of 2014 | Rice Deposition Ex. 15 | x | | | | |

**KATRINA and LUKE BAGWELL V. BOSTON SCIENTIFIC CORPORATION**
**CASE NO. 1:20-CV-02656-RM-SKC**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6052 | | Amended notice of Deposition | KBagwell Deposition Ex. 1 | x | | | | |
| 6053 | | Boston Scientific Brochure | KBagwell Deposition Ex. 2; BSCM15800019847-19854 | x | | | | |
| 6054 | | Two photographs | KBagwell Deposition Ex. 3 | x | | | | |
| 6055 | | Letters from Family Members | KBagwell Deposition Ex. 4 | x | | | | |
| 6056 | | Receipts | KBagwell Deposition Ex. 5 | x | | | | |
| 6057 | | Thumb Drive | KBagwell Deposition Ex. 6 | x | | | | |
| 6058 | | Evergreen Physical Therapy papers | KBagwell Deposition Ex. 7 | x | | | | |
| 6059 | | Medical, billing, personal records | KBagwell Deposition Ex. 8 | x | | | | |
| 6060 | 11/18/2009 | November 18, 2009 Patient Consent Forms | KBagwell Deposition Ex. 9; BAGWELLK_LUTHERAN MEDICALCENTER_MEDICAL_000205-206 | x | | | | |
| 6061 | 12/3/2018 | December 3, 2018 Plaintiff Fact Sheet | KBagwell Deposition Ex. 10 | x | | | | |
| 6062 | 12/3/2018 | December 3, 2018 Updated Plaintiff Fact Sheet | KBagwell Deposition Ex. 11 | x | | | | |
| 6063 | | Photograph of Devices used by Plaintiff to Alleviate Pain | KBagwell Deposition Ex. 12 | x | | | | |
| 6064 | | Notice of Deposition | LBagwell Deposition Ex. 1 | x | | | | |
| 6065 | | Amended Notice of Deposition | Flynn Deposition Ex. 1 | x | | | | |
| 6066 | | Medical Records for Katrina Bagwell | Flynn Deposition Ex. 2; BAGWELLK_FLYNN_MEDICAL_000001-392 | x | | | | |
| 6067 | 4/10/2014 | April 10, 2014 Operative Note | Flynn Deposition Ex. 3 | x | | | | |
| 6068 | 9/18/2014 | September 18, 2014 Operative Note | Flynn Deposition Ex. 4 | x | | | | |
| 6069 | 2/14/2014 | February 14, 2014 Office Visit Notes | Flynn Deposition Ex. 5; BAGWELLK_FLYNN_MEDICAL_000041-58 | x | | | | |
| 6070 | | Aril 10, 2014 Medications - All Orders | Flynn Deposition Ex. 6; BAGWELLK_UNIV OF CO HOSP_MEDICAL_000086-91 | x | | | | |

**KATRINA and LUKE BAGWELL V. BOSTON SCIENTIFIC CORPORATION**
**CASE NO. 1:20-CV-02656-RM-SKC**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6071 | 5/14/2014 | May 14, 2014 Postop Office Visit | Flynn Deposition Ex. 7; BAGWELLK_FLYNN_MEDICAL_000110-126 | x | | | | |
| 6072 | 9/23/2014 | September 23, 2014 Discharge Summary | Flynn Deposition Ex. 8; BAGWELLK_UNIV OF CO HOSP_MEDICAL_000166-170 | x | | | | |
| 6073 | 9/18/2014 | September 18, 2014 Lab Results | Flynn Deposition Ex. 9; BAGWELLK_UNIV OF CO HOSP_MEDICAL_000220 | x | | | | |
| 6074 | 10/20/2014 | October 20, 2014 Postop Visit Notes | Flynn Deposition Ex. 10; BAGWELLK_FLYNN_MEDICAL_000244-263 | x | | | | |
| 6075 | 12/15/2014 | December 15, 2014 Office Visit Notes | Flynn Deposition Ex. 11; BAGWELLK_FLYNN_MEDICAL_000264-278 | x | | | | |
| 6076 | 3/11/2014 | March 11, 2014 Office Visit Notes | Flynn Deposition Ex. 12; BAGWELLK_FLYNN_MEDICAL_000279-297 | x | | | | |
| 6077 | 4/27/2018 | April 27, 2018 Office Visit Notes | Flynn Deposition Ex. 13; BAGWELLK_FLYNN_MEDICAL_000355-392 | x | | | | |
| 6078 | | Curriculum Vitae | Flynn Deposition Ex. 14 | x | | | | |
| 6079 | | Invoice for Deposition | Flynn Deposition Ex. 15 | x | | | | |
| 6080 | | Amended Notice of Deposition | Flynn Deposition Ex. 16 | x | | | | |
| 6090 | | Bruce Rosenzweig CV | | x | | | | |