# EXHIBIT F

CASE CAPTION:  KATRINA BAGWELL AND LUKE BAGWELL VS. BOSTON SCIENTIFIC CORPORATION

CASE NO.: 1:20-cv-02656-RM-SKC

AMENDED EXHIBIT LIST OF:  DEFENDANT BOSTON SCIENTIFIC CORPORATION ("A" LIST)

| Exhibit | Witness | Brief Description | Bates No. Range | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| DX0001 | | Solyx DFU | BSCM00800002888 - BSCM00800002947 | | | | | |
| DX0002 | | Stephen Badylak, DVMN, PhD - Curriculum Vitae | | | | | | |
| DX0003 | | Lonny Green, MD - Curriculum Vitae | | | | | | |
| DX0004 | | Steven Little, PhD - Curriculum Vitae | | | | | | |
| DX0005 | | James Rice, MD - Curriculum Vitae | | | | | | |
| DX0006 | | Stephen Spiegelberg, PhD - Curriculum Vitae | | | | | | |
| DX0007 | | Conifer Medical Center - Medical | BAGWELLK_CONIMC_00001 - 00095 | | | | | |
| DX0008 | | Evergreen Physical Therapy - Medical | BAGWELLK_EPT_00001 - 00325 | | | | | |
| DX0009 | | Evergreen Physical Therapy - Medical | BAGWELLK_EPT_00326 - 649 | | | | | |
| DX0010 | | Evergreen Physical Therapy - Billing | BAGWELLK_EPT_00650 - 00683 | | | | | |
| DX0011 | | Flynn, Brian J, MD - Medical | BAGWELLK_BFLYNN_00001 - 00392 | | | | | |
| DX0012 | | Freedman, Troy, PA-C - Medical | BAGWELLK_TFREE_00001 - 00392 | | | | | |
| DX0013 | | Kaiser Permanente - Medical | BAGWELLK_KAIP_00001 - 00190 | | | | | |
| DX0014 | | Lutheran Medical Center - Medical | BAGWELLK_LMCEN_00001 - 00249 | | | | | |
| DX0015 | | The Pelvic Solutions Center - Medical | BAGWELLK_TPSCEN_00001 - 139 | | | | | |
| DX0016 | | University of Colorado Hospital - Medical | BAGWELLK_UNICH_00001 - 478 | | | | | |
| DX0017 | | Plaintiff Produced Medical Records part 1 | BAGWELLK_PSR_00001 - 00750 | | | | | |
| DX0018 | | Plaintiff Produced Medical Records part 2 | BAGWELLK_PSR_00751 - 01216 | | | | | |

| Exhibit | Witness | Brief Description | Bates No. Range | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| DX0019 | | Plaintiff Produced Medical Records part 3 | BAGWELLK_PSR_01217 - 01345 | | | | | |
| DX0020 | | Plaintiff Produced Medical Records - Dr. Flynn | | | | | | |
| DX0021 | | Plaintiff Produced Medical Records - Conifer Med Ctr / Univ. of CO Hospital | | | | | | |
| DX0022 | | Plaintiff Produced Medical Records | BAGWELLK_PLTF_000001 - 00608 | | | | | |
| DX0023 | | Plaintiff Medical Records - produced with PPF | | | | | | |
| DX0024 | | Solyx 510K | BSCM01300000001 - BSCM01300000591 | | | | | |
| DX0025 | | Solyx 510k Clearance Letter | BSCM01300000466 - BSCM01300000468 | | | | | |
| DX0026 | | FDA Guidance - Premarket Notification Application for Surgical Mesh | BSCM05100001825 - BSCM05100001834 | | | | | |
| DX0027 | | Mean MUS Pull-out Force Comparison Slide | BSCM06100139195 - BSCM06100139195 | | | | | |
| DX0028 | | Memo: Shark Project Cadaver Lab | BSCM06300054365 - BSCM06300054371 | | | | | |
| DX0029 | | Solyx SIS System - Design Review Report - Design Freeze Report Ver AB | BSCM01800020095 - BSCM01800020104 | | | | | |
| DX0030 | | Solyx Design Validation Report Ver. AA | BSCM01800022808 - BSCM01800022823 | | | | | |
| DX0031 | | Memo re: Product Specification Guidelines - Mesh to Carrier Tensile Strength | BSCM01800025152 - BSCM01800025152 | | | | | |
| DX0032 | | Biocompatibility Standards Compliance memo | BSCM01800013600 - BSCM01800013600 | | | | | |
| DX0033 | | Boston Scientific's Solyx Development Process | Goddard Ex. 32 | | | | | |
| DX0034 | | Reasons for Development of Solyx | Goddard Ex. 28 | | | | | |
| DX0035 | | Powerpoint re: New Product Development Process | BSCM06200017581 - BSCM06200017623 | | | | | |
| DX0036 | | Solyx Single Incision sling System Risk Analysis and Report | BSCM01800003728 - BSCM01800003786 | | | | | |
| DX0037 | | Summary Shark Concept Validation Lab | BSCM05700010341 - BSCM05700010342 | | | | | |
| DX0038 | | Email re: Jan 13th Prefyx Session | BSCM06000090814 - BSCM06000090814 | | | | | |
| DX0039 | | Market Specification | BSCM01800001707 - BSCM01800001725 | | | | | |

| Exhibit | Witness | Brief Description | Bates No. Range | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| DX0040 | | Solyx SIS System - Product Specification | BSCM01800001921 - BSCM01800001940 | | | | | |
| DX0041 | | CAR #MAR 2010 09 03 | BSCM13200000014 - BSCM13200000019 | | | | | |
| DX0042 | | BSC Pelvic Floor Clinical Cadence | BSCM06200029440 - BSCM06200029440 | | | | | |
| DX0043 | | Women's Health Clinical Program Cadence | BSCM04800178500 - BSCM04800178500 | | | | | |
| DX0044 | | Agreement between BSC and Phillips Sumika | BSCM04700097586 - BSCM04700097591 | | | | | |
| DX0045 | | MSDS Marlex (All Grades) | Zakrzewski Ex. 3 | | | | | |
| DX0046 | | CPCC Email with attachment | CP-00002 - CP-00003 | | | | | |
| DX0047 | | PSPC and BSC Agreement | CP-00004 - CP-00009 | | | | | |
| DX0048 | | Marlex specification sheet | CP-00011 - CP-00011 | | | | | |
| DX0049 | | CPChem Marlex Polypropylenes MSDS (All Grades) | CP-00029 - CP-00034 | | | | | |
| DX0050 | | PSPC Marlex Polypropylenes (All Grades) MSDS | CP-00035 - CP-00041 | | | | | |
| DX0051 | | Marlex HGX-030-01 MSDS | CP-00070 - CP-00079 | | | | | |
| DX0052 | | ACOG Committee Opinion No. 444: Choosing the Route of Hysterectomy for Benign Disease; Obstetrics 7 Gynecology, Vol. 114, No. 5, November 2009, 1156-1158 | | | | | | |
| DX0053 | | The Royal Australian and New Zealand College of Obstetricians and Gynecologists: Position Statement on Mid-Urethral Slings; 1-4 (March 2014) | | | | | | |
| DX0054 | | Scottish Pelvic Floor Network (SPFN) The Use of Synthetic Mid-Urethral Slings for the Treatment of Stress Urinary Incontinence in Women (June 2014) | | | | | | |
| DX0055 | | AUGS-SUFU Frequently Asked Questions by Providers on Mid-urethral Slings for Stress Urinary Incontinence | | | | | | |
| DX0056 | | HAS (Haute Autorité de Santé) French Health Authority Proper Usage of Medical Technologies Which Support Implants for Treating Female Stress Urinary Incontinence? (September 2007) | | | | | | |
| DX0057 | | NICE Guidelines For the Management of Urinary Incontinence in Women;  NICE clinical guideline 171guidance.nice.org.uk/cg171 (January 2015) | | | | | | |
| DX0058 | | MHRA: Summary of the Evidence on the Benefits and Risks of Vaginal Mesh Implants; October 2014 | | | | | | |

| Exhibit | Witness | Brief Description | Bates No. Range | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| DX0059 | | Urinary Incontinence in Women; ACOG-AUGS Practice Bulletin 155. Obstetrics & Gynecology Vol. 126 No. 5 (Nov 2015) 126(5):e66-e81 | | | | | | |
| DX0060 | | ACOG FAQ166: Surgery for Stress Urinary Incontinence; The American College of Obstetricians and Gynecologists (July 2014) | | | | | | |
| DX0061 | | AUS and ACOG Committee Opinion: Evaluation of Uncomplicated Stress Urinary Incontinence in Women Before Surgical Treatment; Female Pelvic Medicine & Reconstructive Surgery (Sept/Oct 2014) 20(5):248-251 | | | | | | |
| DX0062 | | American College of Obstetricians and Gynecologists; ACOG Committee Opinion No. 374; Obstet Gynecol (2013) 110:445-446 | | | | | | |
| DX0063 | | AUGS-SUFU Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinence (January 2014) | | | | | | |
| DX0064 | | Nager, C, et al; AUGS-SUFU Position Statement on Mesh Mid-Urethral Slings for Stress Urinary Incontinence; Female Pelvic Medicine & Reconstructive Surgery (May/June 2014) 20(3):123-125 | | | | | | |
| DX0065 | | AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence (November 2011) | | | | | | |
| DX0066 | | AUGS-SUFU Frequently Asked Questions by Patients on Mid-urethral Slings for Stress Urinary Incontinence | | | | | | |
| DX0067 | | IUGA Position Statement on Mesh Mid-Urethral Slings for Stress Urinary Incontinence (July 2014) | | | | | | |
| DX0068 | | NAFC Position Statement on the Use of Vaginal Mesh In Pelvic Surgery (August 2011) | | | | | | |
| DX0069 | | AUGS Issues Statement Opposing the Restriction of Surgical Options for Pelvic Floor Disorders (March 2013) | BSCM06200276069 - BSCM06200276071 | | | | | |
| DX0070 | | NICE Clinical Guideline: Urinary Incontinence in Women - Management (September 2013) | | | | | | |

| Exhibit | Witness | Brief Description | Bates No. Range | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| DX0071 | | AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence (October 2013) | | | | | | |
| DX0072 | | AUA, ACOG, AUGS, ICS, IUGA, SGS, SUFU: Groups Reaffirm Position on use of Vaginal Mesh for Surgical Treatment of Stress Urinary Incontinence (August 2016) | | | | | | |
| DX0073 | | AUGS-SUFU Position Statement - Mesh Midurethral Slings for Stress Urinary Incontinence (June 2016) | | | | | | |
| DX0074 | | AUA-SUFU Guideline: Surgical Treatment of Female Stress Urinary Incontinence (March 2017); 1-31 | | | | | | |
| DX0075 | | AUGS Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinence (Updated February 2018) | | | | | | |
| DX0076 | | AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence (May 2019) | | | | | | |
| DX0077 | | AUGS - Voices for PFD: Mid Urethral Sling for Stress Urinary Incontinence (2016) | | | | | | |
| DX0078 | | AUA's OAB Guidelines | | | | | | |
| DX0079 | | AUGS Position Statement on Restriction of Surgical Options for Pelvic Floor Disorders (March 2013) | | | | | | |
| DX0080 | | Corporate SOP Design Control | BSCM02300008643 - BSCM02300008653 | | | | | |
| DX0081 | | ISO 10993-1 Third Edition | | | | | | |
| DX0082 | | ANSI/AAMI/ISO 10993-1: 2009 | | | | | | |
| DX0083 | | Notice of Depo/Subpoena for Frank Zakrzewski | | | | | | |
| DX0084 | | AUA 2019: A Prospective Parallel Cohort, Multi-center Study of the Solyx vs. Obtryx (Eiber, et al.) | BSCM25000000001 - BSCM25000000003 | | | | | |
| DX0085 | | White, et al.: A Prospective Parallel Cohort, Multi-Center Study of the Solyx Single Incision Sling System vs. the Obtryx II Sling System for the Treatment of Women with Stress Urinary Incontinence: Patient-Reported Outcomes at 3 Years (Abstract 1021, Eur Urol Suppl 2019; 18(1); e1370-e1371) | BSCM25000000004 - BSCM25000000005 | | | | | |

| Exhibit | Witness | Brief Description | Bates No. Range | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|---|
| DX0086 | | poster abstract, White, et al.: A Prospective Parallel Cohort, Multi-Center Study of the Solyx Single Incision Sling System vs. the Obtryx II Sling System for the Treatment of Women with Stress Urinary Incontinence: Patient-Reported Outcomes at 3 Years (a 522 Study) (The University of Texas at Austin, Dell Medical School) | BSCM25000000006 - BSCM25000000006 | | | | | |
| DX0087 | | Solyx K081275 - BSC PS120093/R007 Solyx 522 Postmarket Study Final Report | BSCM25000000007 - BSCM25000000318 | | | | | |
| DX0088 | | abstract: Prospective Parallel Cohort, Multi-Center Study of the Solyx Single Incision Sling vs. the Obtryx II Sling for Treating Stress Urinary Incontinence in Women: 3 Year Results | BSCM25000000319 - BSCM25000000320 | | | | | |
| DX0089 | | ClinicalTrials.gov Protocol Registration System: U9915-Solyx - Post Market Study of Single Incision Sling Versus Transobturator Sling for Stress Urinary Incontinence | BSCM25000000321 - BSCM25000000333 | | | | | |
| DX0090 | | Solyx v. Obtryx II study data | BSCM25000000334 - BSCM25000000334 | | | | | |
| DX0091 | | Solyx v. Obtryx II study data | BSCM25000000335 - BSCM25000000335 | | | | | |
| DX0092 | | Solyx v. Obtryx II study data | BSCM25000000336 - BSCM25000000336 | | | | | |
| DX0093 | | Solyx v. Obtryx II study data | BSCM25000000337 - BSCM25000000337 | | | | | |
| DX0094 | | presentation abstract by White, et al.: Prospective Parallel Cohort, Multi-Center Study of the Solyx Single Incision Sling System vs. the Obtryx II Sling System for the Treatment of Women with Stress Urinary Incontinence: 3 Year Results | BSCM25000000338 - BSCM25000000339 | | | | | |
| DX0095 | | UroToday.com release: SUFU 2019 - Prospective Parallel Cohort, Multi-Center Study of Solyx Single Incision Sling vs. Obtryx II Sling for Treating Stress Urinary Incontinence in Women: 3 Year Results (White, et al.) | BSCM25000000340 - BSCM25000000342 | | | | | |
| DX0096 | | Robert Miragliuolo - Curriculum Vitae | BSCM07900000011 - BSCM07900000013 | | | | | |
| DX0097 | | Maya Matusovsky - Curriculum Vitae | BSCM07900000026 - BSCM07900000027 | | | | | |

| Exhibit | Witness | Brief Description | Bates No. Range | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| DX0098 | | Alfred P. Intoccia, Jr. - Curriculum Vitae | BSCM07900000009 - BSCM07900000010 | | | | | |
| DX0099 | | James Goddard - Curriculum Vitae | | | | | | |
| DX0100 | | Boston Scientific Organization Chart | Goddard Ex. 25 | | | | | |
| DX0101 | | Boston Scientific Cross-Functional Teams | Goddard Ex. 26 | | | | | |
| DX0102 | | Timeline | Goddard Ex. 27 | | | | | |
| DX0103 | | Clinical Experience with Advantage Mesh | Connor Ex. 1332 | | | | | |
| DX0104 | | Clinical Experience with Advantage/Lynx | Connor Ex. 1333 | | | | | |
| DX0105 | | Clinical Experience with Obtryx | Connor Ex. 1335 | | | | | |
| DX0106 | | Goddard compilation of documents | Goddard Ex. 24 | | | | | |
| DX0107 | | table of articles | BSCM07400003836 - BSCM07400003841 | | | | | |
| DX0108 | | Advances in Pelvic Floor Technology cadaver lab brochures | BSCM06100035653 BSCM06100001929 BSCM06200033764 BSCM06100121481 BSCM08600008625 BSCM09300015006 | | | | | |
| DX0109 | | Advances in Pelvic Floor Technology cadaver lab announcement | BSCM06100069313 - BSCM06100069313 | | | | | |
| DX0110 | | Solyx SIS System Post-Launch Activities | BSCM06100138367 - BSCM06100138368 | | | | | |
| DX0111 | | 2010 product resources slide | Matusovsky Ex. 392 | | | | | |
| DX0112 | | Women's Health Portfolio brochure | Matusovsky Ex. 393 | | | | | |
| DX0113 | | Anatomical Models | | | | | | |
| DX0114 | | Exemplar - Polypropylene Sutures | | | | | | |
| DX0115 | | Exemplar - Solyx | | | | | | |
| DX0116 | | Carrier (Demonstrative) | | | | | | |
| DX0117 | | Solyx Trocar (Demonstrative) | | | | | | |
| DX0118 | | Exemplar - Advantage | | | | | | |
| DX0119 | | Exemplar - Prototype Sling | | | | | | |
| DX0120 | | Serels, S, et al; Safety and Efficacy of the Solyx single Incision Sling for the Treatment of Stress Urinary Incontinence: Preliminary Results; UroToday International Journal (2010) 4(1) | BSCM06100050297 - BSCM06100050302 | | | | | |
| DX0121 | | Serels, Scott; Safety and Efficacy of the Solyx Single-Incision Sling for the Treatment of Stress Urinary Incontinence: Preliminary Results; UroToday International Journal, February 2011 | | | | | | |

| Exhibit | Witness | Brief Description | Bates No. Range | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| DX0122 | | Renganathan, A, et al; A series of Advantage suburethral slings; Journal of Obstetrics and Gynaecology (Aug 2011) 31:521-523 | BSCM07200031539 - BSCM07200031541 | | | | | |
| DX0123 | | Serels, S., et al. Long Term Follow Up of the Solyx Single Incision Sling in the Treatment of Female Stress Urinary Incontinence (SUI); Open Journal of Urology, 2014, 4, 13-17 | | | | | | |
| DX0124 | | Litwiller, S, et al; Long Term Efficacy and Safety of the Obtryx Sling for Treatment of Stress Urinary Incontinence in a Community Setting: An Analysis of Outcomes and Quality of Life. Poste Abstract 109. Journal of Pelvic Medicine & Surgery (Sept/Oct 2009) 12(5):353 | | | | | | |
| DX0125 | | Serels, S; Cadaveric Assessment of Immediate Pull-Out Strength of the Three Common Synthetic Sling Approaches: Single Incision, Retropubic, and Transobturator; Abstracts / Journal of Minimally Invasive Gynecology (2010) 17:S64-S65 | | | | | | |
| DX0126 | | Serels, S, et al; Preliminary findings with the Solyx single-incision sling system in female stress urinary incontinence; Int Urogynecol J (2010); 21:557-561 | | | | | | |
| DX0127 | | Noblett, K, et al; Lynx midurethral sling system: a 1-year prospective study on efficacy and safety. Published Int Urogynecol J (2008) 19:1217-1221 | | | | | | |
| DX0128 | | Balachandran, et al. Long-Term 6 Year Patient Satisfaction and Quality of Life Outcomes After and Advantage Sling for Stress Urinary Incontinence (Abstract) | | | | | | |